**O'MELVENY & MYERS LLP**
RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

SCOTT PINK (S.B. #122383)
spink@omm.com
2765 Sand Hill Road,
Menlo Park, California 94025
Telephone:    (650) 273-2600
Facsimile:    (650) 273-2601

REBECCA A. GIROLAMO (S.B. #293422)
rgirolamo@omm.com
400 South Hope Street
18th Floor
Los Angeles, California 90071-2899
Telephone: +1 213 430 6000
Facsimile: +1 213 430 6407

VY N. MALETTE (S.B. # 341898)
vnguyen@omm.com
610 Newport Center Drive
17th Floor
Newport Beach, California 92660-6429
Telephone: +1 949 823-6900
Facsimile: +1 949 823-6994

Attorneys for Defendant
HARD ROCK CAFE
INTERNATIONAL (USA), INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA KING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HARD ROCK CAFE INTERNATIONAL (USA), INC.,<br><br>Defendants. | Case No. 2:24-cv-01119-KJM-CKD<br><br>**STIPULATION TO EXTEND TIME FOR HARD ROCK CAFE INTERNATIONAL (USA), INC. TO RESPOND TO CLASS ACTION COMPLAINT**<br><br>Judge: Kimberly J. Mueller<br>Complaint Filed: March 4, 2024 |

## STIPULATION AND ORDER

Pursuant to Civil Local Rule 143 and 144(a), Plaintiff Christina King, and Hard Rock Cafe International (USA), Inc. ("Hard Rock") hereby confirm their stipulation filed in state court to extend time for Hard Rock to respond to the Complaint by 15 days, such that Hard Rock's response to the Complaint would be due on April 29, 2024. The requested extended time is to account for scheduling conflicts occurring between now and April 29. This request does not affect any other Court-ordered deadline.

Dated: April 23, 2024.  By: */s/ Scott W. Pink*
Scott W. Pink
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025
Telephone: +1 650-473-2600
Facsimile: +1 650-473-2601

*Attorneys for Defendant Hard Rock Cafe International (USA), Inc.*

Dated: April 23, 2024.  By: */s/ L. Timothy Fisher* (as authorized on April 23, 2024)
L. Timothy Fisher
BURSOR & FISHER, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

*Attorneys for Plaintiff*

IT IS SO ORDERED.

DATE: April 29, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE