**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Brittany S. Scott (State Bar No. 327132)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
            bscott@bursor.com

*Attorneys for Plaintiff*

*Additional Counsel on signature page*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA KING, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HARD ROCK CAFE INTERNATIONAL (USA), INC.,<br><br>　　　　　　Defendant. | Case No. 2:24-cv-01119-KJM-CKD<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS** |

**STIPULATION**

Plaintiff Christina King ("Plaintiff") and Defendant Hard Rock Café International (USA). Inc. ("Defendant") (collectively, the "Parties") by and through their respective counsel, hereby stipulate to the below briefing schedule for Defendant's Motion to Dismiss (ECF No. 10). The Parties agree and stipulate as follows:

WHEREAS, on March 4, 2024, Plaintiff commenced a putative class action against Defendant in the Superior Court of California, County of Sacramento, Case No. 24CV004071.

WHEREAS, on April 12, 2024, Defendant removed the case to the United States District Court for the Eastern District of California (ECF No. 1);

WHEREAS, on April 29, 2024, Defendant filed a Motion to Dismiss Plaintiff's Class Action Complaint (ECF No. 10)(the "Motion");

WHEREAS, Plaintiff's opposition to the Motion is due on May 13, 2024;

WHEREAS, Defendant's reply in support of its Motion is due on May 23, 2024;

WHEREAS, the hearing on the Motion is set for July 12, 2024 at 10:00 a.m.;

WHEREAS, the Parties met and conferred and agreed to the following briefing schedule:

1. Plaintiff's opposition to the Motion shall be due on, or before, May 29, 2024; and
2. Defendant's reply in support of the Motion shall be due on, or before, June 12, 2024;

WHEREAS, the briefing schedule shall not alter the date for the hearing on Defendant's MTD or otherwise effect any dates set by this Court;

IT IS HEREBY STIPULATED by and between the Parties that:

1. Plaintiff's opposition to the MTD shall be due on, or before, May 29, 2024; and
2. Defendant's reply in support of its MTD shall be due on, or before, June 12, 2024.

Dated: May 7, 2024                Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Brittany S. Scott*
    Brittany S. Scott

L. Timothy Fisher (State Bar No. 191626)
Brittany S. Scott (State Bar No. 327132)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
        bscott@bursor.com

*Attorneys for Plaintiff*

Dated: May 7, 2024                **O'MELVENY & MYERS LLP**

By: */s/ Scott W. Pink   (as authorized 4/30/2024)*
Scott W. Pink
2765 Sand Hill Road
Menlo Park, CA 94025
Telephone: +1 650-473-2600
Facsimile: +1 650-473-2601
E-Mail: spink@omm.com

*Attorneys for Defendant*

---

**ORDER**

IT IS HEREBY ORDERED:

1. Plaintiff's opposition to the MTD IS due on, or before, May 29, 2024; and

2. Defendant's reply in support of its MTD IS due on, or before, June 12, 2024.

DATED: May 7, 2024.

CHIEF UNITED STATES DISTRICT JUDGE