**O'MELVENY & MYERS LLP**
RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone:  (415) 984-8700
Facsimile:   (415) 984-8701

SCOTT PINK (S.B. #122383)
spink@omm.com
2765 Sand Hill Road,
Menlo Park, California 94025
Telephone:  (650) 273-2600
Facsimile:   (650) 273-2601

Attorneys for Defendant
HARD ROCK CAFE
INTERNATIONAL (USA), INC.
*(Counsel list continues on following page)*

**BURSOR & FISHER, P.A.**
L. TIMOTHY FISHER (S.B. # 191626)
ltfisher@bursor.com
BRITTANY S. SCOTT (S.B. # 327132)
bscott@bursor.com
1990 North California Blvd.,
Suite 940
Walnut Creek, CA 94596
Telephone:   (305) 330-5512

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA KING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HARD ROCK CAFE INTERNATIONAL (USA), INC.,<br><br>Defendant. | Case No. 2:24-cv-01119-KJM-CKD<br><br>**STIPULATION TO EXTEND TIME FOR HARD ROCK CAFE INTERNATIONAL (USA), INC. TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Judge: Kimberly J. Mueller<br>Complaint Filed: March 4, 2024 |

1  **O'MELVENY & MYERS LLP**
2  REBECCA A. GIROLAMO (S.B. #293422)
   rgirolamo@omm.com
3  400 South Hope Street
   18th Floor
4  Los Angeles, California 90071-2899
   Telephone: +1 213 430 6000
5  Facsimile: +1 213 430 6407

6
   VY N. MALETTE (S.B. # 341898)
7  vnguyen@omm.com
   610 Newport Center Drive
8  17th Floor
   Newport Beach, California 92660-6429
9  Telephone: +1 949 823-6900
   Facsimile: +1 949 823-6994
10

11 Attorneys for Defendant
   HARD ROCK CAFE
12 INTERNATIONAL (USA), INC.

## STIPULATION AND ORDER

Pursuant to Civil Local Rule 143 and 144(a), Plaintiff Christina King and Defendant Hard Rock Cafe International (USA). Inc. ("Hard Rock") (collectively, the "Parties") by and through their respective counsel, hereby stipulate to the below briefing schedule for Hard Rock's response to the First Amended Complaint (ECF No. 14).

WHEREAS, on March 4, 2024, Plaintiff commenced a putative class action against Hard Rock in the Superior Court of California, County of Sacramento, Case No. 24CV004071.

WHEREAS, on April 12, 2024, Hard Rock removed the case to the United States District Court for the Eastern District of California (ECF No. 1);

WHEREAS, on April 29, 2024, Hard Rock filed a Motion to Dismiss Plaintiff's Class Action Complaint (ECF No. 10)(the "Motion");

WHEREAS, on May 20, 2024, Plaintiff filed a First Amended Complaint (ECF. No. 14) (the "FAC");

WHEREAS, Hard Rock's response to the FAC is due on or before June 3, 2024;

WHEREAS, the Parties agree that good cause exists for a thirty-day extension of time for Hard Rock to answer, move, or otherwise respond to the FAC in this action, as Hard Rock's counsel requires further time to investigate the claims and defenses, including the revised and amended allegations, and to prepare an appropriate response to the FAC; and

WHEREAS, Hard Rock has not yet sought or been granted any other extension of time to respond to the FAC;

NOW, THEREFORE, the Parties represent and agree to the following briefing schedule:

1. Hard Rock's response to the FAC shall be due on or before July 3, 2024.
2. Plaintiff's opposition shall be due on or before August 5, 2024.
3. Hard Rock's reply in support of its motion shall be due on or before August 19, 2024.

ORDER

Good cause appearing, the parties' stipulated request to extend time for Hard Rock Cafe International (USA), Inc. to respond to the first amended complaint is **granted**.

The Status (Pretrial Scheduling) Conference set for July 11, 2024, is hereby **continued** to September 12, 2024 at 2:30 PM before Chief District Judge Kimberly J. Mueller, with the filing of a Joint Status Report due fourteen (14) days prior.

IT IS SO ORDERED.

DATED: May 30, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE