**O'MELVENY & MYERS LLP**
RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

SCOTT PINK (S.B. #122383)
spink@omm.com
2765 Sand Hill Road,
Menlo Park, California 94025
Telephone:   (650) 273-2600
Facsimile:   (650) 273-2601

REBECCA A. GIROLAMO (S.B. #293422)
rgirolamo@omm.com
400 South Hope Street
Suite 1900
Los Angeles, California 90071-2899
Telephone: +1 213 430 6000
Facsimile: +1 213 430 6407

VY N. MALETTE (S.B. # 341898)
vnguyen@omm.com
610 Newport Center Drive
17th Floor
Newport Beach, California 92660-6429
Telephone: +1 949 823-6900
Facsimile: +1 949 823-6994

Attorneys for Defendant
HARD ROCK CAFE
INTERNATIONAL (USA), INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTINA KING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HARD ROCK CAFE INTERNATIONAL (USA), INC.,<br><br>Defendants. | Case No. 2:24-cv-01119-KJM-CKD<br><br>**STIPULATION TO CONTINUE MOTION HEARING AND PRETRIAL CONFERENCE, AND ORDER**<br><br>**Date**:   October 4, 2024<br>**Time**:   10:00 a.m.<br>**Judge**:   Hon. Kimberly J. Mueller<br>**Location**:   Courtroom 3, 15th Floor<br>  Robert T. Matsui United States Courthouse |

Plaintiff Christina King and Defendant Hard Rock Cafe International (USA), Inc. ("Hard Rock") submit the following Stipulation to Continue of Motion Hearing and Pretrial Conference. In support, the parties state as follows:

1. Counsel for Hard Rock is unavailable for the currently-scheduled Motion Hearing (ECF No. 18) and Pretrial Conference date of October 4, 2024, set on the court's own motion (ECF No. 20), due to a longstanding medical appointment.

2. Counsel for Plaintiff and counsel for Hard Rock mutually agree to request a new Motion Hearing and Pretrial Conference date of November 1, 2024.

3. There has not been any prior continuance of a court hearing requested by either counsel in the matter. On April 29, 2024, the Court (ECF No. 9) approved the parties' prior stipulation to extend Hard Rock's initial response deadline to the complaint by 15 days until April 29, 2024.

The parties therefore request that the Court amend the pretrial scheduling order to continue the Motion Hearing and Pretrial Conference currently set for October 4, 2024 to be November 1, 2024.

Dated:  July 16, 2024.   By: /s/ Randall W. Edwards
Randall W. Edwards
O'MELVENY & MYERS LLP

*Attorneys for Defendant Hard Rock Cafe International (USA), Inc.*

Dated:  July 16, 2024.   By: /s/ Brittany Scott (as authorized on July 16, 2024)
Brittany Scott
BURSOR & FISHER, P.A.

*Attorneys for Plaintiff*

**ORDER**

**IT IS ORDERED** that, pursuant to stipulation and for good cause shown, the Motion Hearing and Pretrial Conference is amended as follows:

1. The Motion Hearing and Pretrial Conference, currently set for October 4, 2024, is hereby CONTINUED to November 1, 2024 at 10:00 a.m.

**IT IS SO ORDERED.**

DATE: July 29, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Randall W. Edwards, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. My business address is Two Embarcadero Center, 28th Floor, San Francisco, California 94111. On July 17, 2024, I caused the following documents:

- **STIPULATION TO CONTINUE MOTION HEARING AND PRETRIAL CONFERENCE, AND [PROPOSED] ORDER THEREON**

to be served on the interested parties to said action by the following means:

| X | By E-Service: By electronically transmitting the documents listed above, via efiling addressed as set forth below. |
|---|---|

Bursor & Fisher, P.A.
L. Timothy Fisher
ltfisher@bursor.com
Brittany S. Scott
bscott@bursor.com
1990 North California Blvd.
Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Counsel for Plaintiff

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed July 17, 2024, in San Francisco, California.

*/s/ Randall W. Edwards*

Randall W. Edwards