**O'MELVENY & MYERS LLP**
RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

SCOTT PINK (S.B. #122383)
spink@omm.com
2765 Sand Hill Road,
Menlo Park, California 94025
Telephone:   (650) 273-2600
Facsimile:    (650) 273-2601

REBECCA A. GIROLAMO (S.B. #293422)
rgirolamo@omm.com
400 South Hope Street, 19th Floor
Los Angeles, California 90071
Telephone:   (213) 430-6000
Facsimile:    (213) 430-6407

VY N. MALETTE (S.B. # 341898)
vnguyen@omm.com
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
Telephone:   (949) 823-6900
Facsimile:    (949) 823-6994

Attorneys for Defendant
HARD ROCK CAFE
INTERNATIONAL (USA), INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA KING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HARD ROCK CAFE INTERNATIONAL (USA), INC.,<br><br>Defendants. | Case No. 2:24-cv-01119-DC-CKD<br><br>**HARD ROCK CAFE INTERNATIONAL (USA), INC.'S NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>*Accompanying Documents*:<br>Memorandum of Points and Authorities in Support of Motion to Dismiss; Declaration of Robert Kantor; Declaration of Rebecca Girolamo; Request for Judicial Notice<br><br>Date:         October 17, 2025<br>Time:        1:30 PM<br>Courtroom: 8, 13th Floor<br>Judge:       Hon. Dena Coggins |

# NOTICE OF MOTION AND MOTION

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, on October 17, 2025 at 1:30 p.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Dena Coggins (Courtroom 8) of the above-entitled Court, located at 501 I Street, Sacramento, California 95814, Hard Rock Cafe International (USA), Inc. ("Hard Rock") will, and hereby does, move the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an order dismissing the claims that Plaintiff Christina King has asserted against it in her Second Amended Class Action Complaint. Hard Rock's motion is based on this Notice of Motion and Motion to Dismiss, the accompanying Memorandum of Points and Authorities, Request for Judicial Notice, Declaration of Robert Kantor, Declaration of Rebecca Girolamo, the arguments of counsel, all pleadings and papers on file in this matter, and such other further written and oral argument as may be presented to the Court at a hearing on this Motion or before the Court's decision.

Pursuant to this Court's standing order, Hard Rock submits the following certification regarding meet and confer efforts. On August 11, 2024, Hard Rock's counsel (Scott Pink and Rebecca A. Girolamo) met and conferred with Plaintiff's counsel Phil Fraietta through a videoconference call to discuss the arguments underlying the present Motion. Counsel discussed each argument contained in this motion but were unable to reach an agreement that would obviate the need for Hard Rock to file this Motion to Dismiss.

Dated August 13, 2025.

By: */s/ Randall W. Edwards*
Randall W. Edwards

*Attorney for Defendant Hard Rock Cafe International (USA), Inc.*