**O'MELVENY & MYERS LLP**
RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

SCOTT PINK (S.B. #122383)
spink@omm.com
2765 Sand Hill Road,
Menlo Park, California 94025
Telephone:   (650) 273-2600
Facsimile:   (650) 273-2601

REBECCA A. GIROLAMO (S.B. #293422)
rgirolamo@omm.com
400 South Hope Street, 19th Floor
Los Angeles, California 90071
Telephone:   (213) 430-6000
Facsimile:   (213) 430-6407

VY N. MALETTE (S.B. # 341898)
vnguyen@omm.com
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
Telephone:   (949) 823-6900
Facsimile:   (949) 823-6994

Attorneys for Defendant
HARD ROCK CAFE
INTERNATIONAL (USA), INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTINA KING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HARD ROCK CAFE INTERNATIONAL (USA), INC.,<br><br>Defendants. | Case No. 2:24-cv-01119-DC-CKD<br><br>**DECLARATION OF REBECCA A. GIROLAMO IN SUPPORT OF HARD ROCK CAFE INTERNATIONAL (USA), INC.'S MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>*Accompanying Documents*:<br>Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities in Support of Motion to Dismiss; Declaration of Robert Kantor; Request for Judicial Notice<br><br>Date:        October 17, 2025<br>Time:        1:30 PM<br>Courtroom: 8, 13th Floor<br>Judge:        Hon. Dena Coggins |

## DECLARATION OF REBECCA A. GIROLAMO

I, Rebecca A. Girolamo, declare as follows:

I am a counsel of O'Melveny & Myers LLP, attorney for Hard Rock Cafe International (USA), Inc. ("Hard Rock") in the above-captioned matter. I have personal knowledge of the facts set forth below and, if called as a witness, could and would testify to them.

1. A true and correct copy of the Hard Rock Terms of Use (July 21, 2014), *available at* https://www.hardrock.com/terms-conditions.aspx, is attached as Exhibit A.

2. A true and correct copy of the Hard Rock Hotels Privacy Policy (June 1, 2022), *available at* https://web.archive.org/web/20230308193701/https://www.hardrockhotels.com/privacy.aspx, is attached as Exhibit B.

3. A true and correct copy of the Hard Rock Hotels Privacy Policy (June 24, 2025), *available at* https://hotel.hardrock.com/privacy.aspx, is attached as Exhibit C.

4. A true and correct copy of Hard Rock Hotel & Casino Sacramento Cookie Banner, *available at* https://hotel.hardrock.com/, is attached as Exhibit D.

5. A true and correct copy of Meta's Terms of Service, *available at* https://www.facebook.com/legal/terms, is attached as Exhibit E.

1. A true and correct copy of the Meta's Privacy Policy, *available at* https://www.facebook.com/privacy/policy, is attached as Exhibit F.

2. A true and correct copy of the Meta's Cookies Policy, *available at* https://www.facebook.com/policies/cookies/, is attached as Exhibit G.

3. A true and correct copy of the Meta Business Tool Terms, *available at* https://www.facebook.com/legal/terms/businesstools, is attached as Exhibit H.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

- 2 -

GIROLAMO DECL. ISO
MOTION TO DISMISS
2:24-CV-01119-DC-CKD

1   Executed this 13th day of August 2025, in Los Angeles, California.

<i>/s/ Rebecca A. Girolamo</i><br>
Rebecca A. Girolamo