# EXHIBIT A



# TERMS OF USE

Effective as of July 21, 2014

**1. INTRODUCTION AND ACCEPTANCE**

Rock Cafe International (USA), Inc. ("Hard Rock", "we", "us and "our") offers you access to its website, products and services. These terms and conditions of use ("Terms of Use"), together with our Privacy Policy, which is incorporated into and made part of these Terms of Use, govern your use of our website www.hardrockhotels.com ("Website") and any of our services or products, including but not limited to music files for downloading or streaming purposes ("Music Files") made available on the Website. These Terms of Use create a legal agreement between you and Hard Rock and govern, among other things, the terms and conditions for your use of Hard Rock's streaming and downloading services for the Music Files collectively referred to as our "Services."

By using this Website, you represent that you have read and understand these Terms of Use and agree to be bound by these terms and conditions. Furthermore, by using this Website, you represent that (i) you have the capacity to be bound by these terms and conditions and (ii) if you are acting on behalf of a company or other entity, you have the authority to bind such company or entity. If you do not agree to these Terms of Use, do not use this Website or download any Music Files from this Website. We may amend or revise these Terms of Use at any time. By using this Website, you agree to be bound by these Terms of Use in effect at the time of use. Please review these terms and conditions regularly as they may change.

**2. INTELLECTUAL PROPERTY**

Except as otherwise indicated, this Website and its entire contents, (collectively, the "Service Contents"), including, but not limited to, the Music Files, text, information, material, music files, artwork, video content, software and graphics contained on this web site, are owned by or licensed to Hard Rock and its affiliates. The Service Contents are protected by copyright, trademark and other intellectual property laws and treaties. Hard Rock makes no proprietary claim to any third party copyrights, names, trademarks or service marks appearing on this Website. Any third party copyrights, names, trademarks, or service marks are the properties of their respective owners. Except as provided in the next sentence, the Service Contents may not be copied, reproduced, modified, published, uploaded, downloaded, posted, transmitted, or distributed in any way, without Hard Rock's prior written permission. Hard Rock reserves the right to change, update, discontinue, restrict or prevent access to this Website or the Service Contents at any time without notice.

**3. ACCESS AND USE**

(A) The products and/or services described in and available through the Website may not be available in your country. We make no representation that the services or products offered on this Website are appropriate or available for use in any particular location. Those who choose to access the Website do so on their own initiative and are responsible for compliance with local laws, if and to the extent local laws are applicable. If use of the Website and/or viewing or use of any material or content therein or services offered thereby violates or infringes any applicable law in your jurisdiction(s), you are not authorized to view or use the Website and must exit immediately. Your viewing and/or use of the Website constitutes your representation that you are unconditionally and without limitation permitted to view and use the Website Hard Rock may rely upon such representation.

(B) This Website is operated from the United States. The Website may provide Services and/or use software and technology that may be subject to United States export controls administered by the U.S. Department of Commerce, the United States Department of Treasury Office of Foreign Assets Control, and other U.S. agencies and export control regulations. You acknowledge and agree that the Website shall not be used, including, but not limited to, the reservation system application, and none of the underlying information, software or technology may be transferred or otherwise exported or re-exported to Cuba, Iran, North Korea, Sudan, Syria or any other country to which the United States maintains an embargo (collectively, the "Embargoed Countries"), or to to or by a national or resident thereof, or any person or entity on the U.S. Department of Treasury's List of Specially Designated Nationals or the U.S. Department of Commerce's Table of Denial Orders (collectively, the "Designated Nationals"). The lists of Embargoed Countries and Designated Nationals are subject to change without notice. By using this Website, you represent and warrant that you are not located in, under the control of, or a national or resident of an Embargoed Country or a Designated National.

We may offer certain portions of our Services at no charge (e.g., Website) or for a one-time fee, on a subscription basis, upon payment for a hotel stay at one of our participating Hard Rock Hotels (e.g., Music Files) or under any other lawful pricing structure. In all instances, our Services are not being sold to you; rather, you are being granted a limited license to use our Services. Unauthorized use of any aspect, element or feature of the Services or Service Content may subject you to civil and criminal penalties, including possible monetary damages, for copyright infringement.

(D) You are entitled to stream and/or download certain Music Files solely for personal, non-commercial use in accordance with these Terms of Use. Any streaming or downloading services are solely an accommodation to you and shall not constitute a grant or waiver of any rights of the copyright owners in any Music Files or in any content, sound recording, underlying musical composition, artwork or other copyrightable matter embodied in any Music Files. No right, title or interest in any streamed or downloaded Music Files is transferred to you as a result of any streaming or downloading activities. All Music Files are sublicensed to you and not sold.

You may not reproduce (except as noted above), publish, transmit, distribute, display, broadcast, re-broadcast, publicly perform, upload to the Internet, rent or lend, modify, create derivative works from, sell, offer for sale, or participate in any sale of or exploit in any way, in whole or in part, directly or indirectly, any of the Music Files or any other aspect of the Services or Service Content. You may not reverse engineer, decompile, disassemble, modify or disable any copy protection or use limitation systems associated with the Music Files.

You may play, transfer, backup, store and burn Music Files as much as reasonably necessary for personal, non-commercial use on an unlimited number of personal computers or portable devices. You may download one (1) copy of the Music Files on a single computer only for your personal, non-commercial, internal use. These Music Files are provided for your own personal entertainment use and not for redistribution of any kind. Any other copying is expressly prohibited. The delivery of any Music Files does not transfer to you any commercial or promotional use rights in such Music Files.

4. USER ELIGIBILITY, INFORMATION AND PROMOTIONAL MESSAGES

(A) The Services is available only for individuals who are eighteen (18) years of age. Hard Rock is relying on your representation that you are at least 18 years of age; Hard Rock would not provide these Services to you and would not allow you to access the Services but for your representation that you are at least 18 years of age. If you are under the age of 18 but at least 13 years of age, you may use the Services only under the supervision of a parent or legal guardian who agrees to be bound by these Terms of Use. Hard Rock does not intentionally collect personal information about children under the age of 13. Children under the age of 13 may not use the Services and parents or legal guardians may not accept these Terms of Use on their behalf. If you are a parent or legal guardian accepting these Terms of Use for the benefit of a child between the ages of 13 and 18, be advised that you are fully responsible for his or her use of the Services, including any and all financial charges and legal liability that he or she may incur. If you do not agree to (or cannot comply with) any of these terms and conditions, do not use these Services.

(B) In the course of your use of our Website, you may be asked to provide certain personal information to us (such information referred to hereinafter as "Personal Information"). Our information collection and use policies with respect to the privacy of such Personal Information are set forth in the Website's Privacy Policy which is incorporated herein by reference for all purposes. You acknowledge and agree that you are solely responsible for the accuracy and content of Personal Information.

(C) Our Services may include sending you promotional e-mails/newsletters. These are typically recurring message programs that, upon sharing your Personal Information with us (as outlined in our Privacy Policy), will be sent to you until you unsubscribe via any of our disclosed methods. To receive any these communications from us, you will be required to provide certain information about you (e.g., full name, street address, e-mail address, mobile number, etc.). Our use of the information you provide is governed by our Privacy Policy. You may opt-out of receiving our e-mails/newsletters as set forth in our Privacy Policy or by using the options included in the communication we send to you.

5. SERVICE CONTENT AND THIRD PARTY LINKS

(A) We provide our Services including, without limitation, Service Content for educational, entertainment and/or promotional purposes only. You may not rely on any information and opinions expressed through any of our Services for any other purpose. In all instances, it is your responsibility to evaluate the accuracy, timeliness, completeness, or usefulness of any Service Content. Under no circumstances will we be liable for any loss or damage caused by your reliance on any Service Content.

(B) This Website contains links to third party sites. These links are flagged with the following immediately thereafter . These links are provided for convenience purposes and are not under the possession or control of Hard Rock Cafe International (USA), Inc. or its affiliates ("Hard Rock"). Hard Rock does not make any representations and warranties, express or implied, regarding the content of any of these linked sites. These links do not constitute or imply an endorsement, authorization, sponsorship or affiliation by Hard Rock or this Website with respect to any third party, any third party's website, the content of any third party's website, or any products or services provided by a third party. The presence of these links on this Website does not mean that Hard Rock accepts any responsibility for the contact or use of any third party website. Hard Rock does not guarantee or assume responsibility for the accuracy or completeness of any information or data displayed through third party websites, nor shall Hard Rock be liable to users of these third party websites or any other person or entity for inaccuracies, errors or omissions of any information or data therein or for any action taken in reliance thereon or for any damages arising therefrom or occasioned thereby. Hard Rock expressly disclaims any duty or obligation to review or correct any of the contents of such third party websites. Should users choose to use the links provided, said users assume total responsibility for their use of the third party website they choose to navigate to.

Any job posting or information about employment found after clicking on a third party link means that same is from an independently owned and operated franchisee and prospective applicants are communicating with said franchisee as the prospective employer. This means any application submitted through such links will be reviewed solely by the franchisee, who will make any hiring decisions. If hired, the franchisee will be the employer and is alone responsible for any employment related matters.

## 6. LIMITATION ON LIABILITY

UNDER NO CIRCUMSTANCES SHALL HARD ROCK OR ANY OF ITS DIRECTORS, OFFICERS, EMPLOYEES, AGENTS, AFFILIATES, SUBSIDIARIES OR CONTENT OR SERVICE PROVIDERS ("HARD ROCK PARTIES") BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, EXEMPLARY OR PUNITIVE DAMAGES (EVEN IF WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES), ARISING OUT OF, OR DIRECTLY OR INDIRECTLY RELATING TO, OR IN ANY WAY CONNECTED WITH THE USE OF, OR THE INABILTIY TO USE, OUR SERVICES OR THESE TERMS OF USE. YOUR SOLE REMEDY FOR DISSATISFACTION WITH OUR SERVICES INCLUDING, WITHOUT LIMITATION, SERVICE CONTENT, IS TO STOP USING OUR SERVICES. HARD ROCK'S ENTIRE LIABILITY TO YOU AND YOUR EXCLUSIVE REMEDY UNDER THESE TERMS OF USE WILL BE LIMITED TO THE GREATER OF ONE HUNDRED DOLLARS (US$100.00) OR THE TOTAL AMOUNT PAID BY YOU FOR THE APPLICABLE SERVICES AT ISSUE.

## 7. INDEMNIFICATION

You agree to indemnify and hold harmless the HardRock Parties from and against any and all claims, liabilities, losses, damages, obligations, costs and expenses (including reasonable attorneys' fees and costs) arising out of, related to, or that may arise in connection with: (i) your use of our Services; (ii) any actual or alleged violation or breach by you of these Terms of Use; (iii) any actual or alleged breach of any representation, warranty, or covenant that you have made to us; or (iv) your acts or omissions. You agree to cooperate fully with us in the defense of any claim that is the subject of your obligations hereunder.

## 8. DISCLAIMER OF WARRANTIES

YOU EXPRESSLY AGREE THAT USE OF OUR SERVICES IS AT YOUR SOLE RISK. OUR SERVICES AND SERVICE CONTENT ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED. WITHOUT LIMITING THE FOREGOING AND TO THE FULLEST EXTENT PERMITTED BY LAW, THE HARD ROCK PARTIES DISCLAIM ANY AND ALL WARRANTIES INCLUDING ANY: (1) WARRANTIES THAT OUR SERVICES WILL MEET YOUR REQUIREMENTS; (2) WARRANTIES CONCERNING THE AVAILABILITY, ACCURACY, SECURITY, USEFULNESS, TIMELINESS, OR INFORMATIONAL CONTENT OF OUR SERVICES OR SERVICE CONTENT; (3) WARRANTIES OF TITLE, NON-INFRINGEMENT, MERCHANTABILITY, OR FITNESS FOR A PARTICULAR PURPOSE; (4) WARRANTIES FOR SERVICES OR PRODUCTS RECEIVED THROUGH OR ADVERTISED OR ACCESSED THROUGH OUR SERVICES; (5) WARRANTIES THAT YOUR USE OF OUR SERVICES WILL BE SECURE OR UNINTERRUPTED; AND (6) WARRANTIES THAT ERRORS IN OUR SERVICES OR SERVICE CONTENT (INCLUDING SOFTWARE) WILL BE CORRECTED. WITHOUT PRIOR NOTICE, HARD ROCK MAY MODIFY, SUSPEND, OR DISCONTINUE THE SERVICES (INCLUDING ANY SERVICE CONTENT) OR YOUR USE THEREOF. WHENEVER HARD ROCK ELECTS TO MODIFY, SUSPEND, OR DISCONTINUE ANY OR ALL OF THE SERVICES, WE WILL NOT BE LIABLE TO YOU OR ANY THIRD PARTY.

## 9. TERMINATION

We reserve the right, in our sole discretion, to terminate this agreement with you and/or your use of the Services (or any part thereof) at any time, with our without notice, for any or no reason. Furthermore, if you fail, or Hard Rock suspects that you have failed, to comply with any of the provisions of these Terms of Use, Hard Rock, at its sole discretion, without notice to you may: (i) terminate this agreement; and/or (ii) preclude access to the Services (or any part thereof).

## 10. COPYRIGHT POLICY

(A) We respect the intellectual property rights of others and expect users to do the same. In appropriate circumstances and at our sole discretion, we may remove or disable access to material on our Website that may be infringing or the subject of infringing activity.

(B) In accordance with the Digital Millennium Copyright Act of 1998, Title 17 of the United States Code, Section 512 ("DMCA"), we will respond promptly to claims of copyright infringement that are reported to the agent that we have designated to receive notifications of claims infringement (its "Designated Agent"). Our Designated

**Agent is:**

Hard Rock Cafe International (USA), Inc./Seminole Hard Rock Support Services, LLC

Hard Rock Cafe International (USA), Inc./ Attn: General Counsel

5701 Stirling Road

Davie, Florida 33314

Email: ipenforcement@hardrock.com

Phone: 1-877-788-1966

(C) If you are a copyright owner (or authorized to act on behalf of the copyright owner) and believe that your work's copyright has been infringed, please report your notice of infringement to us by providing our Designated Agent with a written notification of claimed infringement that includes the following information:

(i) A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

(ii) Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site.

(iii) Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit us to locate the material.

(iv) Information reasonably sufficient to permit us to contact you, such as an address, telephone number, and, if available, an electronic mail address at which you may be contacted.

(v) A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

(vi) A statement that the information in the notification is accurate, and under penalty of perjury, that you are authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

We will investigate notices of copyright infringement and take appropriate actions under the DMCA.

**11. CHOICE OF LAW; JURISDICTION AND VENUE**

These Terms of Use shall be governed by and construed in accordance with the laws of the United States of America and the State of Florida, without giving effect to any choice of law or conflict of law provision or rule (whether of the State of Florida or any other jurisdiction) that would cause the application of the laws of any jurisdiction other than the United States or the State of Florida. By using this Website, you consent to the jurisdiction of the state courts of Orange County, Florida and the Federal Courts for the Middle District of Florida, Orlando Division for any action or proceeding arising under or relating to these Terms of Use, this Website or the use of, or reliance on, this Website. Contact customer_care@hardrock.com with questions or concerns.

**12. AMENDMENT; ADDITIONAL TERMS**

(A) We reserve the right in our sole discretion and at any time and for any reason, to modify or discontinue any aspect or feature of our Services or to modify these Terms of Use. In addition, we reserve the right to provide you with operating rules or additional terms that may govern your use of our Services generally, unique of our Services, or both ("Additional Terms"). Any Additional Terms that we may provide to you will be incorporated by reference into these Terms of Use. To the extent any Additional Terms conflict with these Terms of Use, the Additional Terms will control.

(B) Modifications to these Terms of Use or Additional Terms will be effective immediately upon notice, either by posting on the Website, notification by email or through any of our Applications. It is your responsibility to review the Terms of Use from time to time for any changes or Additional Terms. Your access and use of our Services following any modification of these Terms of Use or the provision of Additional Terms will signify your assent to and acceptance of the same. If you object to any subsequent revision to the Terms of Use or to any Additional Terms, immediately discontinue use of our Services.

**13. MISCELLANEOUS**

(A) No waiver by either party of any breach or default hereunder shall be deemed to be a waiver of any preceding or subsequent breach or default. The section headings used herein are for convenience only and shall not be given any legal import.

(B) Except where specifically stated otherwise, if any part of these Terms of Use is unlawful or unenforceable for any reason, we both agree that only that part of the Terms of Use shall be stricken and that the remaining terms in the Terms of Use shall not be affected.

(C) These Terms of Use (including the Privacy Policy and any Additional Terms incorporated by reference) constitute the entire agreement of the parties with respect to the subject matter hereof, and supersede all previous written or oral agreements between us with respect to such subject matter.

(D) You may not assign these Terms of Use or assign any rights or delegate any obligations hereunder, in whole or in part, without our prior written consent. Any such purported assignment or delegation by you without the appropriate prior written consent will be null and void and of no force and effect. We may assign these Terms of Use or any rights hereunder without your consent and without notice.



Copyright ©2024

Hard Rock International (USA), Inc.