# EXHIBIT B

# PRIVACY POLICY

HARD ROCK HOTELS PRIVACY POLICY

Last Updated: June 01, 2022

**WE RESPECT THE PRIVACY OF EVERY INDIVIDUAL WHO VISITS THIS SITE**

This Privacy Policy explains how http://www.hardrockhotels.com ("**Website**") collects and otherwise processes personally identifiable information ("**Personal Information**"), including reservation information and job posting information, as defined below.

This Privacy Policy ("Policy") explains how www.hardrock.com (the "Website") and any mobile applications that we may issue (the "Apps") collect and otherwise process personally identifiable information, including Job Posting Information as defined below (collectively, "Personal Information"). Please note that this Policy does not apply to Personal Information collected under Unity by Hard Rock loyalty program ("Program"). For more detailed information about how we may collect and process your Personal Information under the Program please visit the Program's Privacy Policy page at https://www.unitybyhardrock.com/privacy-policy.

You may choose to submit Personal Information (such as your name, address, e-mail address, birthdate, and telephone number) to us at several different points on our Website. We collect, use and disclose Personal Information for business purposes only unless otherwise set out herein. We will not share this information in ways different from what is disclosed in this Privacy Policy. If you have any questions about this Privacy Policy or the Website, please contact us at dataprotection@HardRock.com.

**WHO IS COLLECTING YOUR INFORMATION**

The Website is owned and operated by Hard Rock Cafe International (USA), Inc. ("**Hard Rock**", "**we**", "**us**" or "**our**"). This Privacy Policy applies only to the Website and not to the third party booking engines described below or websites for the independently owned and managed Hard Rock Hotels (defined below) that receive Reservation Information or Job Posting Information (defined below). Hard Rock is the sole owner of the information collected on the Website, except that it may jointly own Reservation Information with third party owners, franchisees or operators of Hard Rock Hotels in certain cases.

**LINKS**

The Website contains links to other sites whose privacy policies may differ from those of Hard Rock, which we recommend you carefully review and consider. We cannot be responsible for the privacy policies and practices of other websites even if you access those websites using links from our Website, such as hotels or casinos listed below that are not owned or managed by Hard Rock, but are owned by franchisees, which are separate and independent entities from Hard Rock (see list below).

**WHAT INFORMATION WE COLLECT**

Personal Information from the Website is gathered in several ways: (1) indirectly, i.e., certain website information about you, such as domain name, IP address, browser type and page views, mobile device ID and type, and geolocation which is collected through our Website's technology to provide certain functionality to you, to remember you when you return, to customize our Website to your preferences and manage content, and compile statistics about Website usage; and (2) directly, when (a) you voluntarily submit Personal Information, such as first and last names, addresses, email address(es), phone numbers, marital status, family information, and types of business information, in connection with requests for proposals for weddings, meetings and other special events; along with birthdate, number of children and their ages, social network and 'handle' data, preference information, or survey answers/opinions in connection with other various offers, marketing and promotional activities, contests/sweepstakes, or surveys conducted on the Website; (b) when you register to become a user of the Website, we will collect the password and security question/answer; (c) when you submit resumes to the third party applicant tracking system described below and respond to job postings through the Website; and (d) directly, when you make a reservation on the Website through one or more independently operated booking

engines (see "**Reservation System**" below for more information on how this system works). When we collect this type of information, we will notify you as to why we are asking for information and how this information will be used either in this Policy or separately at the point at which the information is collected if not described in this Policy.

**OWNERSHIP OF HOTELS**

The Website allows users to search for and reserve rooms at Hard Rock hotels and casinos listed below (collectively, "**Hard Rock Hotels**") throughout the world. Please note that some of these Hard Rock Hotels are not owned or managed by Hard Rock, but are owned by franchisees, which are separate and independent entities from Hard Rock (see list below). Such franchised properties may also be operated and/or managed by the owner listed or by a company affiliated with, or contracted by, the owner.

| PROPERTY | OWNER |
| --- | --- |
| Hard Rock Hotel Amsterdam American | American Hotel Exploitatie B.V. |
| Hard Rock Hotel Bali | Pt. Amanda Pramudita |
| Hard Rock Hotel Biloxi | Premier Entertainment Biloxi LLC |
| Hard Rock Hotel Budapest | Redwood Real Estate Holding |
| Hard Rock Hotel Cancun | Corporacion Immobiliara KTRC, S.A. DE C.V. |
| Hard Rock Hotel Davos | International Hospitality Services AG |
| Hard Rock Hotel Dublin | Rockyvale Limited |
| Hard Rock Hotel Goa | Convention Hotels India Pvt. Ltd |
| Hard Rock Hotel Guadalajara | Administradora de Hoteles de Maxico IG S.A. de C.V. |
| Hard Rock Hotel & Casino Hollywood | The Seminole Tribe of Florida |
| Hard Rock Hotel Ibiza | Fiesta Hotels & Resorts S.L. |
| Hard Rock Hotel Lake Tahoe | Neva One, LLC |
| Hard Rock Hotel London | The Cumberland Hotel (London) Limited |
| Hard Rock Hotel Los Cabos | Corporacion Immobiliara KTRC, S.A. DE C.V. |
| Hard Rock Hotel Madrid | ASG Proyectos Hoteleros Atocha, S.L. |
| Hard Rock Hotel Maldives | Dream Islands Development PVT Ltd. |
| Hard Rock Hotel Marbella | Palladium Gestion S.L. |
| Hard Rock Hotel Orlando | UCF Hotel Venture |
| Hard Rock Hotel Pattaya | Seaside Hotel (Thailand) Co., Ltd. |
| Hard Rock Hotel Penang | Palmco Hotels Sdn. Bhd |
| Hard Rock Hotel Punta Cana | Inversiones Zahena S.A. |
| Hard Rock Hotel Riviera Maya | Sibra Riviera, S.A. DE C.V. |
| Hard Rock Hotel San Diego | T-12 Three LLC |
| Hard Rock Hotel Sentosa (Singapore) | Resorts World at Sentosa PTE Ltd |
| Hard Rock Hotel Shenzhen | Shenzhen Guanlanhu Property Devel. Co., Ltd. |
| Hard Rock Hotel & Casino Tampa | The Seminole Tribe of Florida |
| Hard Rock Hotel Tenerife | Hotel Oasis Paraiso, S.A. |

| PROPERTY | OWNER |
|---|---|
| Hard Rock Hotel Vallarta | Inmobiliaria Puerto Bonito, S.A. de C.V. |

This list of Hard Rock Hotels is subject to change and any additions or deletions will be reflected in an updated version of this Policy.

## RESERVATION SYSTEM

When you make a reservation online, you will be asked to supply certain Personal Information such as, but not limited to, your name, email address, birthdate, telephone number, and employer or company name, and credit card, debit card or other form of payment information (collectively "**Reservation Information**"). This Reservation Information might be collected and processed by one of several online booking engines ("**Booking Engines**") that are used by us (in the case of hotels in which we provide reservation services) or by the different franchisees that own and operate certain Hard Rock Hotels. You should see a link to the Booking Engine in the address bar of your browser when you start making a reservation. The following are the various Booking Engines used and links to their privacy policies that govern their use of the Reservation Information:

| HARD ROCK HOTEL AMSTERDAM AMERICAN | | + |
|---|---|---|
| BOOKING ENGINE | Synxis CRS | |
| OPERATOR | Sabre Hospitality Solutions | |
| PRIVACY POLICY | Read | |
| **HARD ROCK HOTEL & CASINO BILOXI** | | **+** |
| BOOKING ENGINE | Synxis CRS | |
| OPERATOR | Sabre Hospitality Solutions | |
| PRIVACY POLICY | Read | |
| **HARD ROCK HOTEL BUDAPEST** | | **+** |
| BOOKING ENGINE | Synxis CRS | |
| OPERATOR | Sabre Hospitality Solutions | |
| PRIVACY POLICY | Read | |
| **HARD ROCK HOTEL CANCUN** | | **+** |
| BOOKING ENGINE | Synxis CRS | |
| OPERATOR | Sabre Hospitality Solutions | |
| PRIVACY POLICY | Read | |
| **HARD ROCK HOTEL DALIAN** | | **+** |
| BOOKING ENGINE | Synxis CRS | |
| OPERATOR | Sabre Hospitality Solutions | |
| PRIVACY POLICY | Read | |
| **HARD ROCK HOTEL DAVOS** | | **+** |
| BOOKING ENGINE | Synxis CRS | |
| OPERATOR | Sabre Hospitality Solutions | |
| PRIVACY POLICY | Read | |
| **HARD ROCK HOTEL DAYTONA BEACH** | | **+** |
| BOOKING ENGINE | Synxis CRS | |
| OPERATOR | Sabre Hospitality Solutions | |

| | |
|---|---|
| PRIVACY POLICY | Read |
| **HARD ROCK HOTEL DESARU COAST** | **+** |
| BOOKING ENGINE | Synxis CRS |
| OPERATOR | Sabre Hospitality Solutions |
| PRIVACY POLICY | Read |
| **HARD ROCK HOTEL DUBLIN** | **+** |
| BOOKING ENGINE | Synxis CRS |
| OPERATOR | Sabre Hospitality Solutions |
| PRIVACY POLICY | Read |
| **HARD ROCK HOTEL GOA** | **+** |
| BOOKING ENGINE | Synxis CRS |
| OPERATOR | Sabre Hospitality Solutions |
| PRIVACY POLICY | Read |
| **HARD ROCK HOTEL GUADALAJARA** | **+** |
| BOOKING ENGINE | Synxis CRS |
| OPERATOR | Sabre Hospitality Solutions |
| PRIVACY POLICY | Read |
| **HARD ROCK HOTEL & CASINO LAKE TAHOE** | **+** |
| BOOKING ENGINE | Synxis CRS |
| OPERATOR | Sabre Hospitality Solutions |
| PRIVACY POLICY | Read |
| **HARD ROCK HOTEL LONDON** | **+** |
| BOOKING ENGINE | Synxis CRS |
| OPERATOR | Sabre Hospitality Solutions |
| PRIVACY POLICY | Read |
| **HARD ROCK HOTEL LOS CABOS** | **+** |
| BOOKING ENGINE | Synxis CRS |
| OPERATOR | Sabre Hospitality Solutions |
| PRIVACY POLICY | Read |
| **HARD ROCK HOTEL MADRID** | **+** |
| BOOKING ENGINE | Synxis CRS |
| OPERATOR | Sabre Hospitality Solutions |
| PRIVACY POLICY | Read |
| **HARD ROCK HOTEL MALDIVES** | **+** |
| BOOKING ENGINE | Synxis CRS |
| OPERATOR | Sabre Hospitality Solutions |

| | | |
|---|---|---|
| **HARD ROCK HOTEL MARBELLA** | | + |
| BOOKING ENGINE | Synxis CRS | |
| OPERATOR | Sabre Hospitality Solutions | |
| PRIVACY POLICY | Read | |
| **HARD ROCK HOTEL NEW YORK** | | + |
| BOOKING ENGINE | Synxis CRS | |
| OPERATOR | Sabre Hospitality Solutions | |
| PRIVACY POLICY | Read | |
| **HARD ROCK HOTEL & CASINO PUNTA CANA** | | + |
| BOOKING ENGINE | Synxis CRS | |
| OPERATOR | Sabre Hospitality Solutions | |
| PRIVACY POLICY | Read | |
| **HARD ROCK HOTEL RIVIERA MAYA** | | + |
| BOOKING ENGINE | Synxis CRS | |
| OPERATOR | Sabre Hospitality Solutions | |
| PRIVACY POLICY | Read | |
| **HARD ROCK HOTEL SAN DIEGO** | | + |
| BOOKING ENGINE | Synxis CRS | |
| OPERATOR | Sabre Hospitality Solutions | |
| PRIVACY POLICY | Read | |
| **HARD ROCK HOTEL SHENZHEN** | | + |
| BOOKING ENGINE | Synxis CRS | |
| OPERATOR | Sabre Hospitality Solutions | |
| PRIVACY POLICY | Read | |
| **HARD ROCK HOTEL VALLARTA** | | + |
| BOOKING ENGINE | Synxis CRS | |
| OPERATOR | Sabre Hospitality Solutions | |
| PRIVACY POLICY | Read | |
| **REVERB BY HARD ROCK** | | + |
| BOOKING ENGINE | Synxis CRS | |
| OPERATOR | Sabre Hospitality Solutions | |
| PRIVACY POLICY | Read | |
| **HARD ROCK HOTEL BALI** | | + |
| BOOKING ENGINE | Fast Booking | |
| OPERATOR | Fast Booking | |

| | | |
|---|---|---|
| PRIVACY POLICY | Read | |
| **HARD ROCK HOTEL PATTAYA** | | **+** |
| BOOKING ENGINE | Fast Booking | |
| OPERATOR | Fast Booking | |
| PRIVACY POLICY | Read | |
| **HARD ROCK HOTEL PENANG** | | **+** |
| BOOKING ENGINE | Fast Booking | |
| OPERATOR | Fast Booking | |
| PRIVACY POLICY | Read | |
| **HARD ROCK HOTEL ORLANDO** | | **+** |
| BOOKING ENGINE | Opera ORS | |
| OPERATOR | Micros | |
| PRIVACY POLICY | Read | |
| **HARD ROCK HOTEL & CASINO SIOUX CITY** | | **+** |
| BOOKING ENGINE | Opera ORS | |
| OPERATOR | Micros | |
| PRIVACY POLICY | Read | |
| **HARD ROCK HOTEL SINGAPORE** | | **+** |
| BOOKING ENGINE | Opera ORS | |
| OPERATOR | Micros | |
| PRIVACY POLICY | Read | |
| **HARD ROCK HOTEL IBIZA** | | **+** |
| BOOKING ENGINE | Prestige | |
| OPERATOR | Prestige | |
| PRIVACY POLICY | Read | |
| **HARD ROCK HOTEL TENERIFE** | | **+** |
| BOOKING ENGINE | Prestige | |
| OPERATOR | Prestige | |
| PRIVACY POLICY | Read | |
| **HARD ROCK HOTEL & CASINO ATLANTIC CITY** | | **+** |
| BOOKING ENGINE | ResNet | |
| OPERATOR | ResNet Services JLT | |
| PRIVACY POLICY | Read | |
| **HARD ROCK HOTEL & CASINO HOLLYWOOD, FL** | | **+** |
| BOOKING ENGINE | ResNet | |
| OPERATOR | ResNet Services JLT | |

| PRIVACY POLICY | Read |
|---|---|
| **HARD ROCK HOTEL & CASINO SACRAMENTO** | + |
| BOOKING ENGINE | ResNet |
| OPERATOR | ResNet Services JLT |
| PRIVACY POLICY | Read |
| **HARD ROCK HOTEL & CASINO TAMPA** | + |
| BOOKING ENGINE | ResNet |
| OPERATOR | ResNet Services JLT |
| PRIVACY POLICY | Read |
| **HARD ROCK HOTEL & CASINO TULSA** | + |
| BOOKING ENGINE | Synxis CRS |
| OPERATOR | Sabre Hospitality Solutions |
| PRIVACY POLICY | Read |

This list of Booking Engines is subject to change and any additions or deletions will be reflected in an updated version of this Policy.

These Booking Engines will provide the Reservation Information to both us and/or to the independent operators and/or managers of the Hard Rock Hotels to complete your reservation and to provide you services. Some of the Reservation Information may also be provided to Hard Rock to verify if a visit occurred and for purposes of tracking loyalty rewards under the Hard Rock Rewards Program.

The Booking Engines are contracted to collect and provide the Reservation Information to us and the independent owners and/or operators of Hard Rock Hotels for purposes of making and managing your reservations at Hard Rock Hotels. However, they are separately owned and operated from Hard Rock, and therefore this Privacy Policy does not pertain to the policies and practices of such Booking Engines. Please consult the privacy policies listed above regarding their policies and practices with respect to the Personal Information they collect and process in providing these reservation services.

**HARD ROCK MAKES NO REPRESENTATION AND WARRANTIES REGARDING SUCH BOOKING ENGINES OR THEIR INFORMATION SECURITY OR PRIVACY PRACTICES. PLEASE NOTE THAT HARD ROCK DISCLAIMS ANY AND ALL RESPONSIBILITY OR LIABILITY RELATING TO USE OF YOUR PERSONAL INFORMATION (INCLUDING RESERVATION INFORMATION) BY THE BOOKING ENGINES OR THE OWNERS OR OPERATORS OF THE FRANCHISED HOTELS THAT ARE NOT OWNED, MANAGED OR OPERATED BY HARD ROCK.**

**RIGHT NOT TO PROVIDE INFORMATION**

In certain jurisdictions, you may have the right not to provide Personal Information. However, if you elect not to provide such information, you may not be able to utilize certain services on the Website, including making reservations online.

**JOB POSTINGS**

The Website may include job postings from time to time for various Hard Rock Hotel properties or our corporate offices. You may be given the opportunity to apply for job openings online through an applicant tracking system operated by iCIMS by creating an account and submitting an application via the Website, which is usually received by the human resources department of the hiring company (which may be Hard Rock or a Hard Rock affiliate or an independent entity). If submitted through that tracking system, your resume or CV and other Personal Information (collectively, "**Job Posting Information**") will be made available to the owner, operator or manager of the Hard Rock Hotel or Hard Rock office to which you are applying (which could be a different company from Hard Rock). In addition, your Job Posting Information will be stored in that tracking system in an electronic database maintained by iCIMS in the United States on behalf of Hard Rock and the operators, owners and managers of Hard Rock Hotels. If you have any questions about those practices, please contact iCIMS directly at www.icims.com. You must contact iCIMS directly to access, correct, amend or delete any Job Posting Information you may have submitted through their tracking system.

In some cases, the Website might list the email address of a contact person at the applicable hiring company. If that hiring company is Hard Rock or a Hard Rock affiliate, any Job Posting Information sent to that email address will be maintained in accordance with this Privacy Policy. If that email address is for an independent entity that owns, manages or operates that Hard Rock Hotel, then it will be maintained in accordance with their information practices. All such Job Posting Information may be used by the applicable hiring company for the purpose of assessing your suitability for current and future job vacancies and to pursue your recruiting process.

HARD ROCK MAKES NO REPRESENTATION AND WARRANTIES REGARDING THEIR INFORMATION SECURITY OR PRIVACY PRACTICES. PLEASE NOTE THAT HARD ROCK DISCLAIMS ANY AND ALL RESPONSIBILITY OR LIABILTY RELATING TO USE OF YOUR JOB POSTING OR OTHER PERSONAL INFORMATION (INCLUDING RESUMES AND CVs) BY iCIMS AND BY ANY INDEPENDENT OWNER, MANAGER OR OPERATOR OF A HARD ROCK HOTEL.

You will also be required to create an account with a user name and password when using an applicant tracking system. You are solely responsible for maintaining the confidentiality of that username and password, and for any unauthorized access or use of your user name and password, except where due to the negligence or other fault of Hard Rock.

If at any time you want your Personal Information, resume or CV to be deleted, you simply need to notify the hiring Hard Rock Hotel operator or management company, and in the case of information submitted through the iCIMS tracking system to an independent owner, manager, or operator of a Hard Rock location, you should notify the independent owner, manager, or operator of a Hard Rock location. You may also contact iCIMS directly as stated in the iCIMS privacy policy.

**COOKIES**

Some information that we collect about you is collected passively through the use of "cookies." Cookies are small files of information, which save and retrieve information about your visit to the Website — for example, how you entered and navigated our Website, and what information was of interest to you. We use this information to remember you when you return and to customize our Website to your preferences. You may set your Web browser to notify you when you receive a cookie or to not accept certain cookies. However, you may find that some parts of the Website will not function properly if cookies are refused. We also allow certain third party advertisers and partners to collect Personal Information about your use of the Website through first and third-party cookies in order to serve adverts to you. They may also analyze this Personal Information in order to serve adverts to you on other third-party websites.

**DO NOT TRACK SIGNALS**

Currently, our systems do not recognize browser "do-not-track" requests. You may, however, disable certain tracking as discussed in the Cookies section (e.g., by disabling cookies). Please note that Hard Rock does not collect, and is not aware of third parties that collect, from users of the Website personal information about users' online activities across third party websites.

**CLEAR GIFS, PIXEL TAGS AND OTHER TECHNOLOGIES**

Clear GIFs are tiny graphics with a unique identifier, similar in function to cookies. In contrast to cookies, which are stored on your computer's hard drive, clear GIFs are embedded invisibly on web pages. We may use clear GIFs (a.k.a. web beacons, web bugs or pixel tags), in connection with our Website to, among other things, track the activities of Website visitors, help us manage content, and compile statistics about Website usage. You may view and change your preferences at any time by using the 'Privacy Settings' link found in the footer of our website. We and our third party service providers also use clear GIFs in HTML e-mails to our customers, to help us track e-mail response rates, identify when our e-mails are viewed, and track whether our e-mails are forwarded.

**THIRD PARTY ANALYTICS/TRACKING**

We use automated devices and applications, such as Google Analytics, to evaluate usage of our Website. We also may use other analytic means to evaluate our services. We use these tools to help us improve our services, performance and user experiences. These entities may use cookies and other tracking technologies to perform their services. We do not share your personal information with these third parties.

**AUTOMATED DECISION MAKING AND PROFILING**

Automated Decision Making refers to a decision which is taken solely on the basis of automated processing of your personal data. This means processing using, for example, software code or an algorithm, which does not require human intervention. As Profiling uses automated processing, it is sometimes connected with automated decision making. Not all profiling results in automated decision making. Hard Rock does not use any automated decision making or profiling in its business processes.

## ACCESS, CORRECTION, AND CHOICE

You have choices about the collection, use, and sharing of your Personal Information, including:

- Deletion: You can request that we erase or delete all or some of your Personal Information (e.g., it is no longer necessary to provide services to you).
- Change or Correct: If you created an account with us, you can review and edit your Personal Information by logging onto the Website and visiting your account. Please note that Personal profile Information supplied by you at the Website can be accessed by you online at any time and at no charge.
- Object to or Restrict Use: You can request that we stop using some or all of your Personal Information or restrict our use of your Personal Information.
- Access and/or Take: You can request a copy of your Personal Information.
  - Right to Portability – provides the ability to request Personal Information in machine readable format (i.e. CSV).
- Marketing: Users who no longer wish to receive our newsletter or promotional materials may opt-out of receiving these communications by clicking the unsubscribe link at the bottom of the email.
- Withdrawing Consent: If we have collected or processed your Personal Information with your consent, you may withdraw your consent at any time. Withdrawing your consent will not affect the lawfulness of any processing we conducted prior to your withdrawal, nor will it affect processing of your Personal Information based on other lawful processing grounds.

If you request access, correction, amendment or deletion of your Personal Information and you have more than one account with us, you will need to instruct us on each account separately. Reasonable access to Personal Information will generally be provided within thirty (30) calendar days at no cost to you, subject to limited exceptions prescribed by law or excessive requests.

For your protection, we may need to verify your identity before fulfilling your request. Please note that we may need to retain certain information for recordkeeping purposes or to complete transactions that occurred prior your request. We will also retain your personal information if reasonably necessary to comply with our legal obligations, meet regulatory requirements, resolve disputes, maintain security, prevent fraud and abuse. We may also need to retain your personal information if required by gaming industry regulations, federal tax statutes and other legal requirements (e.g., information on our customers who self-report; tax reporting documents; player winnings, and any statistics, reports or listings that are required to protect our casino properties).

We aim to keep our information about you as accurate as possible. If you would like to access, update, review or change the details you have supplied us with, please contact us as set out below.

**SUBSCRIBERS/ORDERS**

In order to use and participate in certain programs or services offered by Hard Rock via the Website, you may be asked to first complete a registration form. In order to use or participate in such programs and services, we will need to collect certain Personal Information about you, such as your name, email address and contact details, and, if applicable, credit card payment information. This information is used to communicate with you about specific services, offers, benefits and features on our Website for which you have expressed interest or registered for. For some Website services, you may be asked to provide a password and user identification. This information is collected to confirm eligibility for use of the online services and to establish the identity of the authorized user. You are responsible for maintaining the confidentiality of that password and user identification.

**SURVEYS & CONTESTS**

From time to time, our Website may request information from you via surveys or contests. Participation in these surveys or contests is completely voluntary. Requested data may include your contact data, data of birth, marital status, number of children and their ages, and your opinion/answers. Contact information will be used to administer your participation in a contest, notify the winners and award prizes. Survey information will be collected and used for purposes of monitoring or improving the use and satisfaction of the Website and our other products and services.

**HOW WE SHARE YOUR INFORMATION AND WHO WE SHARE IT WITH**

During the course of business, we may disclose, transfer or otherwise make available Personal Information to our affiliates and third-party service providers who have been legally contracted to provide services on our behalf, and are prohibited from using it for any other purpose. Personal Information is also shared with the Booking Engines referred to above, the owners of hotels managed by us and the independent owners and/or

managers of franchised hotels in order to process your reservations and provide you with services. Reservation information is shared with the Booking Engines, independent operators and/or managers of the Hard Rock Hotels, and Hard Rock and its affiliates as discussed above. Job Posting Information is shared with independent operators and/or managers of the Hard Rock Hotels, and Hard Rock and its affiliates as discussed above.

Your Personal Information may be maintained and processed by our affiliates and other third party service providers in the US, Canada or other jurisdictions. Third-party vendors that may receive personal data include payment card processors and financial institutions for transactions and financial management; prize fulfillment company, travel agency, on-line job applicant service provider, survey research firm, and website analytics firm. In addition, all local, state, federal and foreign countries as mandated by their reporting requirements; and governmental authorities to comply with legal, regulatory or administrative requirements, or to an investigative body in the case of a breach of an agreement or contravention of law, or as otherwise required by US or other law. We may also disclose your Personal Information where necessary for the establishment, exercise or defense of legal claims, to investigate or prevent actual or suspected loss or harm to persons or property, or as otherwise permitted by law.

We may transfer your Personal Information as an asset in connection with the sale or transfer of all or part of the Hard Rock business (including transfers made as part of insolvency or bankruptcy proceedings) or as part of a corporate reorganization or other change in corporate control.

**CHOICE/OPT-IN**

Our users are given the opportunity to 'opt out' of having their Personal Information used for purposes not directly related to the purposes for which it has been collected.

**HARD ROCK THIRD-PARTY DISCLOSURE POLICY**

We may, under limited circumstances, send you offers for related products or services from affiliated Hard Rock companies or jointly offered by Hard Rock together with select third parties. These offers are sent only to those users who have given their consent or not 'opted out' of receiving marketing materials from Hard Rock.

**CONSENT TO SHARING OF PERSONAL INFORMATION**

As a global organization, data we collect may be transferred internationally throughout Hard Rock's worldwide organization to Hard Rock's headquarters in the United States. Some of these foreign jurisdictions may not provide the same level of privacy protection as your local jurisdiction. By using or purchasing services and submitting Personal Information through the Website, you consent to such transfers of your Personal Information. Without such consent, Hard Rock is not able to provide you with access to its online reservation services and other programs made available on the Website.

**EU/US PRIVACY SHIELD COMPLIANCE**

Hard Rock complies with the EU/US Privacy Shield framework as set forth by the U.S. Department of Commerce regarding the collection, use, and retention of personal information from European Union member and treaty countries, and the United Kingdom. We have certified that we adhere to the Privacy Shield Principles of Notice, Choice, Accountability for Onward Transfer, Security, Data Integrity and Purpose Limitation, Access, and Recourse, Enforcement and Liability.

If there is any conflict between the policies in this privacy policy and the Privacy Shield Principles, the Privacy Shield Principles shall govern. To learn more about the Privacy Shield program and to view our certification page, please visit https://www.privacyshield.gov.

In compliance with the EU/US Privacy Shield Principles, Hard Rock commits to resolve complaints about your privacy and our collection or use of your personal information. European Union citizens with inquiries or complaints regarding this privacy policy should first contact dataprotection@hardrock.com or

Hard Rock Cafe International (USA), Inc.
Seminole Hard Rock Support Services, LLC
Attn: Global Data Protection and Risk Office (GDPRO)
5701 Stirling Road
Davie, Florida 33314

Please include your name, address and phone number or e-mail in all communications and state clearly the nature of your request or concern. If you wish to make a request to access the personal information we collect and store about you, complete this form.

Hard Rock Cafe International (USA), Inc. has provided a private sector independent recourse mechanism (located in the United States) to investigate and expeditiously resolve individual complaints and disputes. This dispute mechanism will cover all personal data except for human resource data. For more information, visit the website for ICDR®/AAA® EU-U.S. Privacy Shield: International Centre for Dispute Resolution®, the international division of the American Arbitration Association® (ICDR/AAA) at go.adr.org/privacyshield.html. Under certain limited conditions and as a last resort, the individual can invoke binding arbitration. The Federal Trade Commission has jurisdiction over Hard Rock's compliance with the Privacy Shield.

If Hard Rock transfers your personal data to a third party, we will ensure the third party is contractually obligated to process your data only for limited, specific purposes consistent with this policy, to apply the same level of protection to that data as the EU-U.S. Privacy Shield Principles, and notify us if it makes a determination that it can no longer meet this obligation. Upon notice, Hard Rock will take reasonable and appropriate steps to stop and remediate unauthorized processing. In cases of onward transfer to third parties of data received pursuant to the EU-US Privacy Shield, Hard Rock is potentially liable for violations of Privacy Shield principles.

**CONDOMINIUM AND RESIDENCES SUBMISSIONS**

We request Personal Information from those users that are interested in receiving information about the Hard Rock Hotel Condominium Hotel Projects and Hard Rock Residences Projects. Because these Condominium Hotel Units and Residences are not owned, developed, marketed or sold by us or any of our affiliates, but rather by a third-party developer, if you submit Personal Information to us for this purpose, we will collect the Personal Information, provide a copy of the Personal Information to the developer (so that they can contact you and follow up on your request) and retain a copy of the Personal Information for our records and use. This Personal Information shall be owned jointly by the third-party developer and us. Notwithstanding anything in this Privacy Policy to the contrary, we will not monitor the developer's use of this Personal Information and in no event will we be responsible for the developer's use of the Personal Information, which may or may not be used consistent with the terms of this Privacy Policy. For example, if you want to opt out of further uses of your Personal Information by developer or update your Personal Information, you will need to contact the developer directly. If you do not want the Personal Information shared with the developer consistent with these conditions, do not submit your Personal Information for this purpose.

**PROTECTING CHILDREN**

Hard Rock is mindful of the privacy of children as children merit specific protection with regard to their personal data, as they may be less aware of the risks, consequences and safeguards concerned and their rights in relation to the processing of personal data. For these reasons, promotions activities by Hard Rock addressed to children always receive specific attention and protection Hard Rock always rely on consent as lawful basis for processing of children information, and we always get consent from whoever holds parental responsibility for the child.

**HOW TO ACCESS AND UPDATE USER INFORMATION**

Users who no longer wish to receive our newsletter or promotional materials may opt out of receiving these communications by clicking the unsubscribe link at the bottom of the email or contacting dataprotection@hardrock.com.

We aim to keep our information about you as accurate as possible. If you would like to access, update, review or change the details you have supplied us with, please complete this form. If you want to update information in the iCIMS tracking system, please contact iCIMS as noted in their privacy policy. In some cases we may need to use Personal Information obtained previously to verify your identity.

**HOW WE ENSURE THE SECURITY OF YOUR DATA**

We have implemented technical, physical and administrative measures, as well as policies and procedures designed to safeguard your Personal Information from unauthorized access, use, disclosure, modification or destruction and will continue to update these measures as new technology becomes available. Although we take efforts to protect your Personal Information, we cannot guarantee the security of your Personal Information transmitted through the Website, or collected by the Booking Engines or independent owners and operators of the Hard Rock Hotels. Any transmission of Personal Information is at your own risk.

**HOW TO CONTACT US**

You may address all communications to Hard Rock Cafe International (USA), Inc., Seminole Hard Rock Support Services, LLC, Attn: Data Global Protection and Risk Office (GDPRO), 5701 Stirling Road, Davie, Florida 33314, or e-mail dataprotection@hardrock.com. Please include your name, address and phone number or e-mail in all communications and state clearly the nature of your request. If you wish to make a request to access the personal information we collect and store about you, complete this form.

## CHANGES TO OUR PRIVACY POLICY

This privacy policy is effective as of June, 2022. If we make any changes to our Privacy Policy, we will post the updated Privacy Policy, provided on an updated homepage link, and may post other places we deem appropriate. Users who have authorized e-mail communication will be notified via e-mail of any material changes to the Policy. We will only use Personal Information in accordance with the Privacy Policy under which it was collected.

YOUR CALIFORNIA PRIVACY RIGHTS / NOTICE FOR CALIFORNIA RESIDENTS (www.hardrock.com/ccpa)

Copyright ©2023

Hard Rock Cafe International (USA), Inc.