O'MELVENY & MYERS LLP
RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701

SCOTT PINK (S.B. #122383)
spink@omm.com
2765 Sand Hill Road,
Menlo Park, California 94025
Telephone:  (650) 273-2600
Facsimile:  (650) 273-2601

REBECCA A. GIROLAMO (S.B. #293422)
rgirolamo@omm.com
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2899
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407

VY N. MALETTE (S.B. #341898)
vnguyen@omm.com
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660-6429
Telephone:  (949) 823-6900
Facsimile:  (949) 823-6994

Attorneys for Defendant
HARD ROCK CAFE
INTERNATIONAL (USA), INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA KING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HARD ROCK CAFE INTERNATIONAL (USA), INC.,<br><br>Defendants. | Case No. 2:24-cv-01119-DC-CKD<br><br>**DECLARATION OF ROBERT KANTOR IN SUPPORT OF HARD ROCK CAFE INTERNATIONAL (USA), INC.'S MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>*Accompanying Documents*:<br>Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities; Request for Judicial Notice; Declaration of Rebecca Girolamo<br><br>Date:         October 17, 2025<br>Time:        1:30 PM<br>Courtroom: 8, 13th Floor<br>Judge:       Hon. Dena Coggins |

**DECLARATION OF ROBERT KANTOR**

I, Robert Kantor, declare as follows:

I am over 18 years of age. I submit this declaration in support of Hard Rock Cafe International (USA), Inc.'s ("Hard Rock") Motion to Dismiss Plaintiff's Second Amended Class Action Complaint. I have personal knowledge of the following facts and, if called upon as a witness, I could testify to them.

1. I am employed as Head of Global Data Protection and Resilience for Seminole Hard Rock Support Services, LLC ("SHRSS"). SHRSS and Defendant Hard Rock Cafe International (USA), Inc. ("Hard Rock") are affiliated entities. SHRSS provides IT, digital marketing, and other support services to Hard Rock.

2. I certify that the information described in this declaration was made and maintained in the ordinary course of Hard Rock's regularly conducted business activities.

3. At my request, members of the Digital and E-commerce team pulled and analyzed information from Hard Rock's record system, for purposes of Hard Rock's Motion to Dismiss, as set forth below.

4. After Hard Rock was sued by Plaintiff, I directed a member of my team to investigate her information in the Hard Rock system, including whether Plaintiff is a member of Hard Rock's Unity Loyalty Program ("Unity"). As part of that process, we input her name to several proprietary or vendor-supported Hard Rock systems to locate relevant account information.

5. Upon inputting the name Christina King into the standard systems my team uses to identify member information, one account was identified as being associated with an individual named Christina King.

6. I reviewed the account records, which showed that Christina King had been a member of the Sacramento Hard Rock Casino local rewards card program since October 3, 2019.

   a. On June 29, 2022, the Sacramento Hard Rock Casino local rewards card program migrated to the Unity program. Prior to this migration, Hard Rock sent out notifications regarding the termination of the local rewards card program and introduction of the Unity program via

1  direct mail and email throughout May and June of 2022.

2      7.    On June 24, 2022, as part of the migration, Hard Rock also sent a pre-launch consent email to existing local rewards card program members, including Ms. King, requiring her and other program members to review and accept Unity's Terms and Conditions and Privacy Policy to migrate their local rewards card program accounts to Unity.

    8.    Ms. King implicitly accepted Unity's Terms and Conditions, dated September 27, 2022, by being notified of those terms in the June 24, 2022 email and subsequently visiting and using Hard Rock websites after that date. She subsequently affirmatively accepted the Unity Terms and Conditions on November 9, 2023. These Terms and Conditions were in effect when she accessed Hard Rock's website both on October 5, 2023 and January 12, 2024. A true and correct copy of the Unity Terms and Conditions, dated September 27, 2022, is attached as Exhibit 1.

    9.    Similarly, Ms. King implicitly accepted the Unity's Privacy Policy, dated November 12, 2022, by being notified of that policy in the June 24, 2022 email and subsequently visiting and using Hard Rock websites after that date. She subsequently affirmatively accepted the Unity Privacy Policy on November 9, 2023. This Privacy Policy was in effect when she accessed Hard Rock's website both on October 5, 2023 and January 12, 2024. A true and correct copy of the Unity by Hard Rock Privacy Policy dated November 12, 2022, is attached as Exhibit 2.

Executed this 13th day of August 2025, in Davie, FL.

_____
Robert Kantor