# EXHIBIT 1

These Membership Terms apply to the Unity™ by Hard Rock loyalty program and govern your enrollment and participation in the Program. The Program is being rolled out world-wide beginning April 2022, with many more participating locations being added throughout 2022 and beyond. You will be able to earn and redeem points at each participating location once that location joins the Program. Please check the listing of Participating Locations at www.unitybyhardrock.com/dicover/locations to learn whether your favorite locations are already part of the Program. If not, please check back regularly for updates on new locations joining the Program.

# UNITY™ BY HARD ROCK LOYALTY PROGRAM TERMS AND CONDITIONS

Effective Date: September 27, 2022

---

Welcome to Unity by Hard Rock™.  These terms and conditions apply to the Unity by Hard Rock loyalty program, which is also known as *Unity™* or as *Unity by Seminole Gaming™* (the "**Program**")*.*

## Program Overview.

1. Unity by Hard Rock is a free-to-join loyalty program that is administered by Seminole Hard Rock Support Services, LLC d/b/a HR Unity Global Services, 5701 Stirling Road, Davie, Florida 33314, United States of America (the "**Program Manager**").

## Membership and Acceptance of Terms.

2. These Membership Terms govern your application to, and membership in, the Program.  By applying for membership to the Program, you agree that:  (a) you have read and agree to be bound by these Membership Terms; (b) you agree to be bound by the decisions of the Program Manager relating to the Program; and (c) you consent to the collection, use, and disclosure of your information (including your personal information) by the Program Manager, the Hard Rock Affiliated Parties, and the Participating Locations in accordance with the Privacy Policy, which can be found at www.unitybyhardrock.com/privacy-policy (the "**Privacy Policy**").

3. These Membership Terms are a legal agreement between you and the Program Manager. You may provide your acceptance of these Membership Terms by way of any method designated by the Program Manager, including, but not limited to:

    1. Notification.  Subject to Section 3(C), by notification or provision of these Membership Terms to you by the Program Manager or any Participating Location; or
    2. Your Participation in The Program.  Subject to Section 3(C), by you participating in the Program by using an Accepted Card.  For the purposes of this Section, an "**Accepted Card**" means a loyalty card: (i) issued for one of the following loyalty programs: (a) Seminole Wild Card, (b) Wild Card Rewards, or (c) Hard Rock Casino Northern Indiana Loyalty Program; and (ii) that is accepted for use in respect of the Program by the Program Manager or at the Participating Location at the time of use.
    3. Confirmation of Acceptance.  Nothing in Section 3(A) or Section 3(B) precludes the Program Manager or a Participating Location from requiring that you provide documented confirmation of your acceptance of these Membership Terms at any time in order for you to continue your Membership in the Program.

If you do not accept these Membership Terms, you may not register for, or participate in, the Program. You are responsible for ensuring that you have read and are familiar with these Membership Terms (as may be updated, changed, revised, modified, amended, or supplemented from time-to-time).

## Additional Terms.

4. Additional terms and conditions, rules, and policies, which apply to the Program, such as those relating to the earning and redemption of Unity Points, may be posted on the Unity Program Website (the "**Program Website**") at www.unitybyhardrock.com or made available at a Participating Location (collectively, the "**Additional Terms**").  The Additional Terms (as may be updated, changed, revised, modified, amended, or supplemented from time-to-time) form part of these Membership Terms.  In the event of any conflict between any Additional Terms and these Membership Terms, these Membership Terms shall prevail and govern.

## Geographic-Specific Terms.

5. If you are a resident in certain geographic locations, specific local laws or rules may apply to you.  We have listed these in Section 91 (Country Specific Notices) of these Membership Terms.

## Changes to the Membership Terms, the Program, or Program Benefits.

6. The Program Manager reserves the right to update, change, revise, modify, amend, supplement, or terminate these Membership Terms, the Program, or any of the Program Benefits (collectively, the "**Changes**") at any time in its sole discretion by providing notice of the Changes by posting the revised Membership Terms (incorporating the Changes) to the Program Website. In addition, the Program Manager, in its sole discretion, may provide notice of any Changes by sending a copy of the revised Membership Terms via email to Members. If you continue to participate in the Program after the revised Membership Terms have been posted, or after receiving a copy of the revised Membership Terms (incorporating the Changes) by email (if we choose to send you an email), you will be deemed to have accepted such Changes and the revised Membership Terms shall become binding upon you as of the date that the revised Memberships Terms become effective. If you disagree with the revised Membership Terms, then your sole and exclusive remedy is to withdraw from the Program and terminate your Membership in accordance with Sections 56 through 58 of these Membership Terms.

## Not All Program Benefits May be Available to You.

7. Membership does not automatically make you eligible for Game Play or Non-Gaming Items offered by a Participating Location.  Certain Game Play or Non-Gaming Items may not be available to you because they are prohibited or restricted by Applicable Laws.

8. The use of Game Play and Non-Gaming Items is subject to all Applicable Laws, including, but not limited to, any age or other restrictions.  For example, in some jurisdictions, you must be a minimum age (e.g., twenty-one (21) years old) to engage in Game Play.

9. Game Play and Non-Gaming Items are also subject to all the respective Participating Location's terms and conditions, policies, and guidelines applicable to those Game Play and Non-Gaming Items as either set forth on the Program Website or as available at a Participating Location.  The earning and redemption of Tier Credits or Unity Points may be restricted by Applicable Laws or any rules of the relevant Participating Location.  The Program Manager and/or a Participating Location reserve the right to change, alter, or restrict the earning of Tier Credits or Unity Points on certain Game Play.  Program Benefits, promotions and offers are subject to change, based on availability/eligibility and blackout dates may apply.  In addition, offer redemptions without Qualifying Spend may result in the termination of your eligibility for future promotions.

## Not All Participating Locations That Display Marketing Brands Participate in the Program, and Program Benefits May Vary by Participating Location.

10. The Program is only available at Participating Locations.  Not all locations that display Marketing Brands are participants in the Program, and some locations may participate in the Program only in a limited manner.  In addition, the number of Tier Credits and Unity Points earned and other Program Benefits offered may vary by Participating Location.

11. Please check the Program Website, or check with the Participating Location, as to what extent, if any, that location is participating in the Program, and the availability of Tier Credits and Unity Points and other Program Benefits at that location.

12. If a Participating Location ceases to be a Participating Location for any reason, then after the date of cessation:  (a) you will not earn Tier Credits or Unity Points for purchases or stays at that location; and (b) any other Program Benefits will no longer be valid at that location, including, but not limited to, in respect of any booking or reservation (e.g., for a hotel stay) that was made prior to the date of cessation.

## Definitions, References, and Interpretation.

13. In these Membership Terms, the following words shall have the following meanings:

| | |
|---|---|
| **"Account"** | means an account assigned to a Member under the Program for the recording of Tier Credits, Unity Points, and if appropriate, other Program Benefits of that Member, as well as other relevant Member information. |
| **"Account Credentials"** | means in relation to a Member:  (a) the unique Account number allocated to that Member or their email address, and (b) the password selected by that Member to access their Account. |
| **"Additional Terms"** | have the meaning given to them in Section 4 of these Membership Terms. |
| **"Applicable Laws"** | means any and all laws, ordinances, constitutions, regulations, statutes, treaties, rules, codes, permits, principles of common law, requirements, and orders adopted, enacted, implemented, promulgated, issued, entered, or deemed applicable by or under the authority of any governmental body having jurisdiction over you, the Program, the Program Manager, or any of the Hard Rock Affiliated Parties, in any way. |
| **"Approved Identification"** | means a valid and unexpired government-issued photo identification (e.g., driver's license, passport, state identification cards, or military identification) or other types of identification that may be accepted by Management in its sole discretion. |
| **"Changes"** | has the meaning set out in Section 6 of these Membership Terms. |
| **"Excluded Individual"** | means any one or more of the following:<br><br>1. any individual who is a minor in the jurisdiction in which the individual resides;<br>2. any individual who does not have the legal capacity (the capability and power under law) to enter into and bind themselves to legal contracts;<br>3. any individual who is excluded by a gaming regulatory agency with jurisdiction over the Program Manager or any of the Hard Rock Affiliated Parties;<br>4. any individual who has self-excluded with a gaming regulatory agency with jurisdiction over the Program Manager or any of the Hard Rock Affiliated Parties;<br>5. a non-natural person (i.e., a corporation, unincorporated firm, partnership, organization, or other entity that is not an individual human being);<br>6. any officer or director of the Program Manager or any of the Hard Rock Affiliated Parties;<br>7. any employee of the Program Manager or any of the Hard Rock Affiliated Parties, except as provided for in their respective company policies; provided, however, even if such individual is eligible to join the Program, no such individual is eligible for any promotion, drawing, event, or tournament offered under the Program unless specifically authorized by their respective company policies;<br>8. any employees of vendors permanently assigned to work at a Participating Location;<br>9. any individual who has been banned by the Program Manager, or by any of the Hard Rock Affiliated Parties, or by a Participating Location;<br>10. any individual residing in a country that is on the United States embargo countries list;<br>11. any individual on the US Department of Treasury Specially Designated Nationals and Blocked Persons Lists (SDN);<br>12. any individual who, by registering as a Member of the Program or by participating in the Program, would cause that individual to be in breach of the laws of the country or jurisdiction in which that person resides or would cause any law or regulation of the United States or of any applicable foreign jurisdiction to be violated; or |

|  |  |
|---|---|
| | 13. any individual whose application for registration as a member of the Program has been rejected by the Program Manager. |
| | means any of the following expenditures: |
| **"Excluded Purchase"** | 1. the purchase or redemption of any gift cards issued by any of the Hard Rock Affiliated Parties;<br>2. Non-Qualifying Stays and bookings at packaged rates or discounted or promotional items that are specifically excluded (or if excluded in part, then the excluded part) from the Program;<br>3. the purchase of tickets to Hard Rock entertainment events or live events at Participating Locations unless specifically designated as eligible for Tier Credits or Unity Points;<br>4. purchases at any location that is not a Participating Location;<br>5. purchases at non-participating third-party restaurants, retail stores, or other services, including, but not limited to third-party food delivery services (e.g., DoorDash, Grubhub, Uber Eats, etc.), even if located within a Participating Location;<br>6. purchases not paid for directly by the Member (e.g., restaurant charges that are billed to a Member's room and are paid for by a Member's employer);<br>7. group events (i.e., weddings, meetings, receptions, and group menu-based events);<br>8. sales, use or personal federal, state, or local taxes, including, but not limited to, VAT and GST;<br>9. gratuities; and<br>10. any products or services for which it is illegal or prohibited under any Applicable Laws to issue or redeem Unity Points or other Program Benefits.<br>11. crew room rate, at a business, employee or friends and family rate, |
| **"Game Play"** | means slot machine, other electronic gaming machine,    table game play, online gaming, bingo, poker, keno, race and sports betting, social gaming play, or other gaming activities as may be offered at a Participating Location subject to Applicable Laws. |
| **"Hard Rock Affiliated Parties"** | means any entity that is an affiliate of or controlled by, under the control of, under common control with, or managed by, the Program Manager, as well as any Participating Location, or any franchisee or licensee that is operating a Participating Location.  For purposes of this definition, "control", "controlled by", "under common control with" means the possession, directly or indirectly, of the power to direct or cause the direction of the management or policies of such entity, whether through the ownership of voting securities, by agreement, or otherwise. |
| **"Management"** | means the management of the Participating Location. |
| | means the following brands: |
| **"Marketing Brands"** | 1. Hard Rock®;<br>2. Hard Rock Cafe®;<br>3. Hard Rock Casino®;<br>4. Hard Rock Hotel®;<br>5. Hard Rock Hotel & Casino®;<br>6. Hard Rock Digital®;<br>7. Rock Shop®;<br>8. Seminole Gaming®;<br>9. Reverb®; and<br>10. Reverb by Hard Rock®; |
| | and any such other brands, trademarks, or trade names used by any of the Hard Rock Affiliated Parties for marketing purposes. |
| **"Member"** | means a registered member of the Program. |
| **"Membership"** | means your enrollment and participation in the Program in accordance with these Membership Terms. |
| **"Membership Terms"** | means these Unity by Hard Rock Loyalty Program Terms and Conditions and any Additional Terms and any Changes to them. |
| **"Non-Gaming Items"** | means non-gaming activities, products, or services, including, but not limited to, hotel, cafe, spa, food and beverage, bar, nightclub, live events, retail shop, offered by a Participating Location. |
| **"Non-Qualifying Stay"** | means any stay at a Participating Location that is not a Qualifying Stay and includes, but is not limited to, any stay that is: |

1. booked through: (i) tour operators, (ii) vacation clubs or similar programs, (iii) online channels or other third-party channels (irrespective of rate paid), including, but not limited to, expedia.com, trip.com, hotwire.com, priceline.com, orbitz.com, booking.com, travelocity.com; or (iv) third-party-branded booking engines (including but not limited to ReservHotel, Despegar, Tripset) that allow package reservations (e.g., combination of hotel with flight, car rental, etc.;
2. booked through any "opaque" channel where the Marketing Brand may or may not be known at the time of purchase;
3. booked at a wholesaler or contracted rate where the Member does not directly pay the Participating Location;
4. greater than thirty (30) consecutive days whereby the first thirty (30) days are deemed a Qualifying Stay but any additional days beyond thirty (30) consecutive days for a stay would not qualify;
5. provided on a complimentary basis; or
6. voucher or third-party award redemptions.

| | |
|---|---|
| "Participating Location" | means any location, outlet, or website participating in the Program, including, but not limited to, participating Seminole Casinos, Seminole Hard Rock Hotel & Casinos, Hard Rock Casinos, Reverb Hotels, Hard Rock Cafe restaurant locations, and Rock Shops.  A current list of Participating Locations is provided on the Program Website. |
| "Program" | means those loyalty programs marketed as Unity by Hard Rock, Unity, and Unity by Seminole Gaming. |
| "Program Benefits" | means Tier Credits, Unity Points, together with any other Program benefits described on the Program Website. |
| "Program Manager" | means Seminole Hard Rock Support Services, LLC d/b/a HR Unity Global Services. |
| "Program Website" | means that website located at www.unitybyhardrock.com. |
| "Qualifying Spend" | means any purchase of any product or service at a Participating Location that is eligible to earn Tier Credits and Unity Points as set forth on the Program Website or at a Participating Location, including Game Play and Non-Gaming Items, but not including Excluded Purchases. |
| "Qualifying Stay" | means a stay at a Participating Location (excluding a Non-Qualifying Stay) booked directly through: (a) a Marketing Brand's central reservation office, website, or mobile application; (b) a Participating Location; (c) an authorized travel agent; or (d) an approved channel, at: (i) public rates; or (ii) non-public rates (where under the applicable booking contract, the booking is deemed to be eligible to earn Tier Credits and Unity Points on all or part of the booking).  For the avoidance of doubt, non-public rates may include discounted rates such as advanced purchase rates, group rates, corporate negotiated rates, and government rates. |
| "Tier Credits" | means those credits issued to a Member's Account that are used solely to determine the applicable Unity Tier for a Member each year, and are non-redeemable, cannot be converted to cash, or cannot be used towards any purchase. |
| "Unity App" | means the mobile application made available by the Program Manager in connection with the Program. |
| "Unity Card" | means an authorized card issued by the Program Manager to the Member under the Program either in physical or digital form (including, without limitation, digital card functionality within the Unity App). |
| "Unity Points" | means points credited to a Member's Account as a result of a Qualifying Spend that the Member can, subject to Applicable Laws (and any rules of the relevant Participating Location), redeem for permitted merchandise or services, or towards permitted purchases at a Participating Location. |
| "Unity Tier" | means a tier of the Program available to a Member (with associated Program Benefits) based on Tier Credits earned by that Member as set forth on the Program Website. |
| "We", "we", "Our" "our", "Us", or "us" | means the Program Manager. |
| "You", "you", "Your", or "your" | means you as a Member (or potential Member) of the Program. |

14. In these Membership Terms:

1. a reference to "Section" or "section" is a reference to a Section of these Membership Terms; and
2. words importing the singular include the plural and vice versa.

## Who Can Join the Program?

15. Subject to these Membership Terms and Applicable Laws, individuals who meet all of the following criteria are eligible to join the Program:

    1. Minimum Age.  The individual must be a minimum of eighteen (18) years old and have legal capacity (have reached the age of majority in their state of residence and have the capability and power under law) to enter into and bind themselves to legal contracts.
    2. Eligible Jurisdiction.  The individual must reside in a jurisdiction that legally permits participation in the Program.
    3. The Individual is not an Excluded Individual.  The individual must not be an Excluded Individual.

## How Can I Join the Program?

16. Registration.  You can register to become a Member of the Program by:

    1. Registering in Person.  You may register in person for the Program at Participating Locations that have registration facilities (e.g., a Players Club, kiosks, or mobile patron registration).  To participate in Game Play, refer to the requirements in Section 16(C) of these Membership Terms;
    2. Registering Online.  You may register online for the Program by:  (a) completing an online membership application at the Program Website; or (b) completing the membership application within the Unity App.  To participate in Game Play, please refer to the requirements in Section 16(C) of these Membership Terms; and
    3. Game Play.  In order to receive Program Benefits relating to Game Play, to the extent you have not already done so, you must first provide Approved Identification and obtain a PIN as set out in Section 26(B) of these Membership Terms.  This process will need to be completed in person at a Participating Location that has appropriate registration facilities.

17. Legal Name.  You must use your own legal name for registration.  Fictitious, false names, or nicknames are prohibited.  If your name that you used to enroll in the Program has changed, you must notify Unity Customer Care by telephone at +1 (888) 519-6683 or by email at customer_care@hardrock.com.

18. Only One Account.  You may only have, and use, one (1) Account for the Program.  Duplicate accounts are prohibited.  You may not combine accounts with any other Member.  You may only use your Account for your personal, non-commercial purposes.

19. Complete and Accurate Information.  You agree to provide complete and accurate information in connection with your registration and update that information promptly if there are any changes or if it becomes inaccurate.  You represent and warrant that you meet and will continue to meet all the eligibility requirements set out in Section 15 of these Membership Terms and that you are not an Excluded Individual.

20. Right to Accept or Reject Any Application.  Your Membership in the Program is a privilege granted by us.  Accordingly, except to the extent prohibited by Applicable Laws, we reserve the right to accept or reject any application for registration to the Program and to revoke or cancel your Membership in the Program at any time and for any reason, and we are under no obligation to provide a reason for our decision.

21. Account-Related Communications.  You may receive communications from the Program Manager, Hard Rock Affiliated Parties, or Participating Locations from time-to-time, including, but not limited to, relating to your Account, Tier Credits, Unity Points, other Program Benefits, or redemptions.  The communications may include push notifications to your mobile device through your Unity App, mail to your physical address and emails to the email address recorded in your Account.  Communications related directly to your Account that we elect to send to you may be sent by email (if we hold a valid email address) and/or to your mailing address (if we hold a valid mailing address) or by any other such means that we consider reasonable.  In choosing to become a Member, you expressly consent to receive the communications referred to in this Section 21, including communications to your email and mailing

address and your mobile device.  Such communications will be deemed to have been received by you as set out in Section 85.

22. Account and Preference Changes.  You may change your personal details and communication preferences at any time: (a) in your Account profile on the Program Website or the Unity App; (b) by contacting Unity Customer Care by telephone at +1 (888) 519-6683 or by email at customer_care@hardrock.com; or (c) contacting an authorized representative at a Participating Location.  We may require you to send supporting documentation prior to allowing certain changes (e.g., legal name changes).  Any time you contact Unity Customer Care, we may ask you certain security questions to verify your identity.  Unity Customer Care may monitor or record telephone calls to improve quality of service.

## Will I Receive a Unity Card?

23. You may be provided with a physical or digital Unity Card.  Unity Cards themselves are not credit cards and cannot be used to purchase products and services.

24. Unity Cards are the property of the Program Manager and must be returned immediately to a Participating Location upon request of the Program Manager.

## Is There a Mobile Application for the Program?

25. Yes, you can download and install the Unity App free on your iOS or Android mobile device from the *App Store* or the *Google Play Store*.  You are responsible for all data and carrier charges associated with your mobile device and using the Unity App.

## What Are My Member Responsibilities?

26. Your Member responsibilities include:

   1. Account Credentials.  As a Member, you will have a username (being a unique Account number or email address) and password for accessing your Account in a number of ways, including through the Program Website or the Unity App.  We reserve the right to reject or require that you change any Account Credentials we consider defamatory, offensive, or inappropriate for any reason.
   2. Personal Identification Number ("**PIN**").  To participate in Program Benefits relating to Game Play, and for the purpose of redeeming your Unity Points, you will be required to provide Approved Identification and obtain a confidential PIN for your Account.  You may do this in person at a Participating Location that has appropriate registration facilities (and you may change your PIN at any of these locations with Approved Identification).
   3. Security.  You are responsible for maintaining the confidentiality and security of your Account Credentials and your PIN, or other Program-related codes or devices, and agree not to disclose or provide these to any other person or third party.
   4. Transactions.  You are solely responsible for all transactions on your account, and any resulting damages or loss, when your Account Credentials or PIN are used, whether or not authorized.
   5. Account Activity.  You may view Account transactions in a number of ways, including through the Program Website, through the Unity App, or a players club or kiosk where available at Participating Locations.

You are responsible for ensuring that your Tier Credits and Unity Points are properly issued and are recorded in your Account.  Please allow up to ten (10) business days from the date of the payment of the Qualifying Spend for the corresponding Tier Credits or Unity Points to appear in your Account.  If, after ten (10) business days, your Tier Credits or Unity Points do not appear, you must contact Unity Customer Care by telephone at +1 (888) 519-6683 or by email at customer_care@hardrock.com for further assistance, and provide a copy of your transaction receipt. Any request for an adjustment to Tier Credits and/or Unity Points must be made no more than sixty (60) calendar days after such Tier Credits and/or Unity Points were earned, unless a longer period is required by Applicable Law, and except as noted in Section 91. To the maximum extent permitted by Applicable Law, and except as noted in Section 91 of these Membership Terms, the Program Manager is not liable for any errors or omissions in your Account, including from, human error, machine or device malfunctions, miscalculations, point of sale errors, input or system

errors, or Game Play errors (including, but not limited to, those relating to slot machine, other electronic gaming machines, or table play errors).

## Can I Give or Lend My Unity Card to, or Share My Account, with Someone Else?

27. No. You must not allow any other person or third party to use your Unity Card, Account, Account Credentials, or PIN. Your Unity Card, Account, Account Credentials, and PIN have been issued to you personally and are non-transferable.

28. Allowing someone to use your Unity Card, Account number, Account, Account Credentials, or PIN, or using another person's Unity Card, Account number, Account, Account Credentials, or PIN is a violation of these Membership Terms and may result in suspension or cancellation of your Membership in the Program.

## What Happens if I Lose My Unity Card?

29. If you lose your Unity Card and are concerned about it, or if your Unity Card is stolen, please contact an authorized Program representative in person at a Participating Location that has appropriate registration facilities.

30. If appropriate, we may lock your Account. In addition, we may provide you with a replacement Unity Card, and we may require Account Credentials and/or Approved Identification to facilitate the provision of a replacement Unity Card.

The Program Manager and the Hard Rock Affiliated Parties are not responsible for lost or stolen Unity Cards, including any resulting loss or damage from misuse.

## How Can I Earn Tier Credits and Unity Points?

31. Tier Credits and Unity Points are earned on Qualifying Spend and on Game Play at Participating Locations. From time to time, the Program Manager or a Participating Location may provide special promotions or offers to Members, including but not limited to, Tier Credit or Unity Point matching programs, Tier Credit or Unity Point multiplier programs (e.g., double Unity Points), or Tier Credit or Unity Point bonus programs, for a specified time period. The Tier Credits or Unity Points that may be earned by a Member at any particular time are set forth on the Program Website or at a Participating Location.

32. Tier Credits and Unity Points will only be earned for whole dollar amounts in Qualifying Spend; no fractional dollar amounts will earn Tier Credits or Unity Points.

33. The number of Tier Credits and Unity Points earned for a Qualifying Spend where a non-US dollar currency is used will be calculated based on the Qualifying Spend converted to US dollars at the exchange rate selected by the Program Manager.

34. The following additional rules apply to a Qualifying Stay:

    1. When sharing accommodations with other Members, only the first Member assigned to the reservation may earn Tier Credits and Unity Points on that Qualifying Stay.
    2. When attending a meeting or event, all charges made by Members, which are placed on a group master account to be paid by the meeting or event organizer, may be eligible for Tier Credits or Unity Points based on the agreed-upon arrangement between the Participating Location and the event organizer. A Member's Qualifying Spend that is not settled to a group master account is eligible for Tier Credits and Unity Points.
    3. If a Member does not follow the proper cancellation policy for the applicable Participating Location or does not check into the Participating Location when scheduled, the credit card provided with the reservation will be charged in accordance with the Participating Location's cancellation or no-show policy, and any points redeemed for the applicable reservation will not be returned to the Member's Account.
    4. A Member may earn Tier Credits and Unity Points for a Qualifying Stay of up to three (3) rooms per night (the Member's room and two (2) additional rooms) that are personally booked, paid for, and stayed at within

      the same Participating Location. All room and incidental charges must be routed to the Member's room folio and Unity membership number must be on Folio to earn Unity Points and Tier Credits.
  5. In some instances, resort, destination, or facility fees will be charged to Members (and not waived), even though certain Program Benefits (e.g., a hotel stay) may have been provided to Members on a complimentary basis.

35. The Program has Unity Tiers as set forth on the Program Website (the current Unity Tiers are: "Star", "Legend", "Icon", and "X"). Tier Credits are used to determine the applicable Unity Tier for a Member each year. Tier Credits are issued to a Member for Qualifying Spend, Qualifying Stays or Hard Rock Cafe visits in accordance with the rules and criteria set forth on the Program Website.

36. As you earn more Tier Credits, you will move towards the next tier in the Program. Higher tiers of the Program come with additional Program Benefits. Tier Credits are solely to enable you to progress to the next tier of benefits. Tier Credits are non-redeemable, cannot be converted to cash, and cannot be used towards any purchase.

37. The Program Benefits for each Unity Tier, and the requirements to achieve a particular Unity Tier, as well as how Tier Credits are earned, are set forth on the Program Website.

38. Your Unity Tier status is determined as follows:

  1. The Program Manager may assign an initial Unity Tier to a Member upon registration in the Program;
  2. Your Unity Tier status is calculated based on each calendar year;
  3. Any adjustment to your Unity Tier status will start on March 1st and will run through to February 28th (or February 29th for leap years) of the following year, provided that if you are promoted to a higher Unity Tier during a calendar year, you will receive that status for the period described in Section 38(F) of these Membership Terms;
  4. The number of Tier Credits that you earn during the period January 1st to December 31st are used to calculate your Unity Tier status which starts on the following March 1st;
  5. Tier Credits are not carried forward and expire on December 31st of each year; and
  6. If, during the period from January 1st to December 31st, we determine, based on the number of Tier Credits in your Account, that you qualify for a higher Unity Tier, then we may invite you to move to a higher Unity Tier before the following March 1st start date. Once you earn a particular Unity Tier, you will receive that status for the rest of the calendar year in which you have earned it and an additional fourteen (14) months after that. For example, if you earn Legend status in 2022, it will be valid until February 29, 2024.

39. Satisfying the criteria for more than one Unity Tier in a calendar year will not extend the duration of a Member's status in a Unity Tier. The Member will remain in the last Unity Tier determined in a calendar year for the remainder of that calendar year and an additional fourteen (14) months after that. For example, if a Member first achieves Legend status and then Icon status in 2022, that Member will retain the Icon status through February 29, 2024. In addition, earning more than one Unity Tier in a single calendar year will not result in the Member receiving duplicate Program Benefits of both Unity Tiers. The Member will only receive the Program Benefit of the Unity Tier to which that Member is assigned for the period that Member is in that Unity Tier.

40. The earning and redemption of Unity Points and other Program Benefits are subject to all Applicable Laws. As a Member, you are solely responsible for reporting and paying any applicable federal, state, provincial, or local taxes of any jurisdiction connected to your acceptance and use of Unity Points and Program Benefits, unless otherwise established by the Applicable Laws. Neither the Program Manager nor the Hard Rock Affiliated Parties will be responsible for any tax consequences that may flow from your participation in the Program, or your receipt or redemption of Unity Points or other Program Benefits.

## What do I Need to Know about Using My Unity Card and Earning Tier Credits and Unity Points?

41. You must be a Member in good standing with the Program at the time of the Qualifying Spend or Qualifying Stay to earn Tier Credits and Unity Points.

42. You must present your Unity Card when making a Qualifying Spend at a Participating Location to earn Tier Credits and Unity Points.  Alternatively, the Participating Location may accept, at their sole discretion, your Unity Account number or an Approved Identification or accept alternative identification instead of your Unity Card.

43. In the case of hotel bookings, you can only earn Tier Credits and Unity Points when you meet the requirements for a Qualifying Stay.  Tier Credits and Unity Points are not awarded for a Non-Qualifying Stay. If, however, during a Non-Qualifying Stay, you make purchases that meet the criteria for Qualifying Spend (e.g., purchases at a Hard Rock Cafe), then you will still be eligible for Tier Credits and Unity Points in respect of such purchases.

44. To receive Tier Credits and Unity Points for a Qualifying Stay, you must provide your Unity Account number at the time of booking, or present your Unity Card at the time of check-in or before completion of check-out.  Alternatively, the Participating Location may accept, at their sole discretion, your Unity Account number or an Approved Identification or accept alternative identification instead of your Unity Card.

45. To receive Tier Credits and Unity Points for a Qualifying Spend in respect of Non-Gaming Items, you must provide your Unity Card to the outlet cashier at the Participating Location prior to settling your purchase.  Alternatively, the Participating Location may accept, at their sole discretion, your Unity Account number or an Approved Identification or accept alternative identification instead of your Unity Card.

46. If you are using your Unity Card for Game Play, the following rules apply:

1. It is your responsibility to ensure your Unity Card is properly inserted and remains active in the gaming machine when playing slots or other electronic gaming  machines with a card reader.  If alternative forms of identification are permitted to be inserted or entered into the  slot  machine or other electronic gaming machines at a Participating Location, then it is also your responsibility to ensure that such alternative identification is correctly inserted or entered, and remains active.
2. It is your responsibility to ensure that a supervisor is aware of your play (e.g., by presenting your Unity Card) when playing table games, bingo, poker, keno, race and sports betting, where applicable.  As a condition of receiving Tier Credits and Unity Points for table games play, bingo, poker, keno, race and sports betting, or other non-machine games, you agree that Tier Credits and Unity Points are granted based on the personal observation of Participating Location employees, which is subject to error.  The determination of that Participating Location shall be final and binding upon you with respect to any discrepancies.
3. You will not earn Tier Credits or Unity Points when using free slot play coupons, free table play vouchers, or promotional chips.
4. Members whose gaming-related indebtedness remains unpaid for a period of sixty (60) calendar days or more after incurrence may have the Member's accumulated Tier Credits and Unity Points and other Program Benefits forfeited at the sole discretion of the Program Manager.

47. The Program Manager and/or a Participating Location may, in its sole discretion, set a daily limit or an overall limit as to the number of Tier Credits and Unity Points that a Member may earn in a particular period or hold at a particular time, which may be Program wide, or for a specific Participating Location, or a particular line of business, or a Unity Tier. The Program Manager and Management reserve the right, in their sole discretion, to adjust any Tier Credits or Unity Points based on any malfunction of any slot machine or electronic gaming machine, or any miscalculation, error, misrepresentation, deception, collusion, or fraud in connection with the earning of such Tier Credits or Unity Points.

## How Do I Redeem Unity Points?

48. You can redeem your Unity Points at Participating Locations.  The number of Unity Points required to be redeemed for a particular purchase are set forth on the Program Website or are available at a Participating Location.  The Program Manager reserves the right, in its sole discretion, to change the number of Unity Points required to redeem a particular purchase at any time by posting such changes on the Program Website or making such changes available at Participating Locations.

49. You must use your Unity Card to redeem your Unity Points at a Participating Location.  In redeeming Unity Points for Game Play, you will also be required to provide your PIN.  Some Participating Locations may allow you to redeem your Unity Points by you providing an Approved Identification rather than your PIN.  Some Participating Locations

may have additional terms and conditions regarding the use of Unity Points, including expiration dates for Unity Points, or periods during which the Unity Points may not be used.

50. If you redeemed Unity Points: (i) to purchase merchandise and that merchandise has been approved for return by the Participating Location; or (ii) you cancel a hotel booking at a Participating Location in accordance with applicable hotel room cancellation policies, the number of Unity Points used for the purchase of the returned merchandise, or the approved cancelled hotel booking will be credited back to your Account; provided, however, non-refundable, pre-paid rates shall not be refunded.  No cash refunds in respect of the Unity Points will be issued.

51. Except as provided in Section 50, all Unity Point redemptions are final unless otherwise allowed at the sole discretion of the Program Manager or Management.

52. Unless otherwise required under Applicable Laws, you do not have any ownership rights in Tier Credits, Unity Points, or other accrued Program Benefits, and these do not constitute property of the Member.  Except where required by Applicable Laws, Tier Credits, Unity Points and other Program Benefits are not negotiable, commissionable, or redeemable for cash and are void if sold for cash or other consideration.

## What Other Program Benefits Are Available to Me?

53. The Program may offer additional Program Benefits to you, including different levels of Program Benefits for different Unity Tiers.  These additional Program Benefits may be updated or amended from time-to-time as set forth on the Program Website.  Some Program Benefits may have expiration dates.  Check the Program Website or contact the Participating Location for more details.

## Can I Gift, Sell, or Transfer My Tier Credits or Unity Points?

54. No. Tier Credits and Unity Points are non-transferable, including upon death, divorce, or bankruptcy.  Tier Credits and Unity Points are personal and cannot be transferred to anyone else.  In the event of a Member's death, Tier Credits, Unity Points, and other Program Benefits will automatically become void.

## Do My Unity Points Expire?

55. Yes. Unity Points expire after six (6) months of inactivity on your Account, except where a longer period is required by Applicable Laws as noted in Section 91(A) of these Membership Terms.

Inactivity means that you have had not made any Qualifying Spend, or any confirmed booking that will result in a Qualifying Spend, for six (6) consecutive months as reflected on your Account. The Program Manager's determination of whether activity has occurred will be final and binding upon you.

## Can My Membership be Cancelled?

56. By You. You may cancel your Membership at any time by notifying us by mail, email, or telephone as follows:

| | |
|---|---|
| Mailing Address: | Unity Customer Care<br>Unity by Hard Rock<br>5701 Stirling Road<br>Davie, FL 33314<br>USA |
| Email Address: | customer_care@hardrock.com<br>Please include in your subject line "Cancellation of Membership" |
| Phone: : | US and Canada:  +1 (888) 519-6683<br>International:  +1 954 488-7304<br>Hours of Operation: 8:30 AM – 5:30 PM Eastern Time Zone (ET). |

57. Cancellation of your Membership will result in loss and forfeiture of all accumulated Program Benefits not redeemed prior to the date upon which you request cancellation of your Account, unless Applicable Laws in the jurisdiction in which you reside requires us to continue to honor such Program Benefits, in such case, you shall retain all accumulated Program Benefits, and we will continue to honor such Program Benefits to the extent required by Applicable Laws.

58. If you voluntarily cancel your Membership, you may not re-activate that cancelled Account but you may be eligible to open a new Account without the ability to transfer the previously accumulated Program Benefits into the new Account.

59. <u>By Us</u>. We reserve the right to revoke, cancel, or limit your Membership, at any time and for any reason, at our sole discretion. We are under no obligation to provide you a reason for any such decision, except to the extent required by Applicable Laws. Without limiting the foregoing, and by way of example only, we may revoke or cancel your Membership and forfeit all your Tier Credits, Unity Points and other Program Benefits in our sole discretion and determination if:

1. your actions, statements, or behaviors, whether committed online or at any Participating Location are inappropriate, abusive, offensive, defamatory, or damaging to our reputation and/or the related goodwill in the Marketing Brands or are defamatory or harassing of any Participating Location employee, director, officer, or designee;
2. you violate these Membership Terms;
3. you become an Excluded Individual;
4. you violate Applicable Laws in relation to the Program;
5. you engage in fraudulent activity or misuse the Program or any Program Benefits; or
6. you file for bankruptcy or you are otherwise subject to a bankruptcy proceeding.

60. If notice and an opportunity to cure any grounds for cancellation of a Member's Membership are required to be provided to the Member under the laws of the Foreign Jurisdiction (as defined in <u>Section 78</u>) in which the Member resides, such notice and opportunity to cure will be provided in accordance with such laws.  Nothing contained in these Membership Terms shall limit the Program Manager in exercising of its legal or equitable rights or remedies.

61. The Program Manager may also terminate the Program or any elements of the Program at any time in its sole discretion.

62. Tier Credits, Unity Points, other Program Benefits, and other related benefits and services of the Program are the sole property of the Program Manager, and are not the property of Members.  On cancellation or termination of Membership in the Program for any reason, or any termination of the Program, all Tier Credits, unredeemed Unity Points, and other Program Benefits will be forfeited and the Member will no longer be able to participate in the Program.  Tier Credits, Unity Points, and other Program Benefits have no cash value and the Program Manager will not compensate or pay cash for any forfeited or unused Tier Credits, Unity Points, or other Program Benefits unless required by Applicable Laws.

63. The Program Manager reserves the right to monitor and review any Member's Account, at any time and without notice, for compliance with these Membership Terms.  The Program Manager may review any Member's Tier Credits, Unity Points, and other Program Benefit balances and transaction history including, but not limited to, requests for Tier Credits, Unity Points, and other Program Benefits.

64. In the event that the Program Manager identifies discrepancies in your Account that the Program Manager reasonably believes are a result of:

1. misrepresentation, deception, collusion, fraud, or misuse of a Unity Card or Account to manipulate accumulation of benefits or misuse Tier Credits or Unity Points or other Program Benefits; or
2. improper conduct, violation of laws, and/or any other improper conduct as determined by the Program Manager's sole discretion, or you have been barred from any Participating Location, or from Game Play, by: (i) the Program Manager; (ii) a Participating Location; or (iii) a relevant jurisdictional authority,

the Program Manager, in its sole discretion, may terminate your Membership, limit, demote, or suspend your Account status, or forfeit some or all of your Tier Credits, Unity Points or other Program Benefits.

65. The Program Manager reserves the right to take legal action to recover any losses, damages, or costs (including its reasonable attorneys' fees and court costs), arising out of, or relating to, any of the matters related to the Program Manager's termination of your Membership.

66. In the event of termination of your Membership for any reason, your Tier Credits, Unity Points and other Program Benefits shall immediately expire.  We shall have no obligation to award any compensation, and there shall be no recourse for the termination of your Membership or any expired Program Benefits, unless required by Applicable Laws.

### How Will Any Information I Provide Be Used?

67. We will collect, process, share and use your information (including your personal information) in accordance with the Privacy Policy at [www.unitybyhardrock.com/privacy-policy](www.unitybyhardrock.com/privacy-policy).

68. By applying for Membership to the Program, you acknowledge you have carefully read and agree to the terms of the Privacy Policy.

### What Else Do I Need to Know About the Program?

69. Any Unity Card that has been mutilated, forged, misprinted, altered, tampered with, reproduced, is illegible, or has been obtained by any means other than pursuant to these Membership Terms is automatically void and will be retained by the Participating Location.

70. By applying for Membership to the Program, you agree that we may, in accordance with the terms of the Privacy Policy, use any personal information already held or obtained in connection with, or as a result of, you being a member of, or participating in, a pre-existing rewards or loyalty program, including, without limitation, any one or more of the following rewards or loyalty programs: (i) Seminole Wild Card; (ii) Hard Rock Rewards; (iii) Wild Card Rewards; or (iv) Hard Rock Casino Northern Indiana Loyalty Program.

71. Your use of your Unity Card and participation in the Program is strictly subject to these Membership Terms and all Applicable Laws.  We reserve the right to terminate your Membership in the Program and void your Unity Card if you violate this provision.

### Disclaimer; Limitation of Liability.

72. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAWS, THE PROGRAM MANAGER, THE HARD ROCK AFFILIATED PARTIES, AND THE PARTICIPATING LOCATIONS, DISCLAIM ANY AND ALL IMPLIED OR EXPRESS WARRANTIES REGARDING THE PROGRAM, THE PROGRAM WEBSITE, THE UNITY APP, THE PROGRAM BENEFITS, AND ANY PRODUCTS OR SERVICES PURCHASED WITH UNITY POINTS OR ACQUIRED UNDER THE PROGRAM BENEFITS, INCLUDING, WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.  THE PROGRAM MANAGER AND THE HARD ROCK AFFILIATED PARTIES DO NOT WARRANT THAT THE PROGRAM, THE PROGRAM WEBSITE, UNITY APP, OR THE PROGRAM BENEFITS WILL BE ERROR-FREE OR UNINTERRUPTED.

73. SUBJECT TO THE FOREGOING AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAWS, THE PROGRAM MANAGER AND THE HARD ROCK AFFILIATED PARTIES WILL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING FROM OR RELATING TO THE PROGRAM, THE PROGRAM WEBSITE, THE UNITY APP, THE PROGRAM BENEFITS, AND ANY PRODUCTS OR SERVICES PURCHASED WITH UNITY POINTS OR ACQUIRED UNDER THE PROGRAM BENEFITS, OR THE USE THEREOF, INCLUDING, BUT NOT LIMITED TO, DIRECT, INDIRECT, INCIDENTAL, PUNITIVE, AND CONSEQUENTIAL DAMAGES.

74. CERTAIN UNITED STATES STATE LAWS AND INTERNATIONAL LAWS MAY NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES OR THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES. IF THESE LAWS APPLY TO YOU, SOME OR ALL OF THE ABOVE DISCLAIMERS, EXCLUSIONS, OR LIMITATIONS MAY NOT

APPLY TO YOU, AND YOU MIGHT HAVE ADDITIONAL RIGHTS (SEE <u>SECTION 91</u> OF THESE MEMBERSHIP TERMS FOR COUNTRY-SPECIFIC NOTICES).

75. THE PPROGRAM MANAGER AND THE HARD ROCK AFFILIATED PARTIES ARE NOT RESPONSIBLE FOR PRODUCTS OR SERVICES OFFERED BY OTHER COMPANIES THAT MAY PARTICIPATE IN BENEFITS, OFFERS, OR SPECIAL PROMOTIONS PROVIDED TO MEMBERS.

## Indemnification.

76. You agree to indemnify, defend, and hold harmless the Program Manager, the Hard Rock Affiliated Parties and Participating Locations against all claims, demands, causes of action, losses, expenses, damages and costs, including any reasonable attorneys' fees and court costs, resulting or arising from or relating to any of: (a) your breach of these Membership Terms; (b) your breach of any Applicable Laws; or (c) any of your acts or omissions in participating in the Program.

## Disputes, Governing Law, No Class Action, and Tribal Sovereignty.

77. <u>Disputes</u>.  You agree that any dispute arising out of these Membership Terms or the Program shall be submitted to the Program Manager and the Program Manager's decision on any dispute or matter arising out of these Membership Terms or the Program will be final and binding on you.  You agree that any claim arising out of, or relating to Membership Terms or the Program, must be brought within one (1) year of the accrual of the claim or be forever barred, notwithstanding any longer statute of limitations in your jurisdiction of residence.

78. <u>Governing Law</u>.  These Membership Terms are governed by the laws of the State of Florida, United States of America, irrespective of where the Membership application was completed or where the Member resides or the choice of law principles of the State of Florida or any other jurisdiction; provided, however, if the Applicable Laws of a country, state, province, territory, or jurisdiction of Member's residence outside the United States (a "**Foreign Jurisdiction**") require that the laws of such Foreign Jurisdiction shall govern, then the laws of such Foreign Jurisdiction shall govern only to the extent required including as noted in <u>Section 91</u> of these Membership Terms.

79. <u>Jurisdiction</u>.  You agree that the exclusive venue for any legal proceeding under these Membership Terms or relating to the Program shall be the United States District Court for the Southern District of Florida or if such federal court does not have jurisdiction over the legal proceeding, then a state court of Florida of competent jurisdiction located in Broward County, Florida.  You agree to the personal jurisdiction of such courts and waive any objections to such venue based on *forum non conveniens* or any other ground.

80. <u>No Class Action/Waiver of Jury Trial</u>.  You agree not to file or participate in any form of class action against the Program Manager or any of the Hard Rock Affiliated Parties arising from or related to, either directly or indirectly, these Membership Terms or the Program, or in respect of any decision of the Program Manager or a Participating Location, and you further agree to resolve any claim on an individual basis as set out in these Membership Terms.  In addition, you and we each irrevocably waive any and all right to trial by jury in any legal proceeding arising out of or related to these Membership Terms or the Program.

## General.

81. These Membership Terms constitute the entire agreement between you and the Program Manager relating to the Program and replace any and all previously published membership terms and conditions of the Program.

82. The Program Manager, Hard Rock Affiliated Parties, and Participating Locations are not responsible for any suspension, termination, failure or delay in the Program, Program Benefits, or the award or redemption of Unity Points, or any performance of these Membership Terms, if the suspension, termination, failure or delay is due to labor disputes, pandemics, epidemics, strikes, fire, riot, war, terrorism, government intervention or orders, changes in law, acts of God, or any other causes beyond the control of the Program Manager, the Hard Rock Affiliated Parties, or Participating Locations.

83. The Program Manager and the Hard Rock Affiliated Parties are the sole and exclusive owners or licensees of the trademarks, service marks, trade names, logos, copyrighted or copyrightable materials, and any other intellectual property used in connection or associated with the Program, including but not limited to Hard Rock®, Hard Rock Cafe®, Unity™, Unity by Hard Rock™, and Unity by Seminole Gaming™.  Members shall never, directly or indirectly, interfere with, challenge, file applications for, or claim ownership of these trademarks anywhere in the world.  No rights in such trademarks, service marks, trade names, logos, and copyrighted or copyrightable materials, and any other intellectual property are granted to Members by their participation in the Program; all rights are expressly reserved to Program Manager and the Hard Rock Affiliated Parties.

84. Communications by email will be deemed to have been received one (1) business day after sending and communications by mail will be deemed to have been received five (5) business days after sending.  You must keep your email and mailing addresses current.  Neither the Program Manager, nor any of the Hard Rock Affiliated Parties, shall have any responsibility for misdirected or lost email or physical mail or other Program-related communications, or any consequences resulting from the same.

85. The Program Manager is not responsible for:  (a) any loss or misdirection of, or delay in receiving, any Member application, correspondence, redemption requests, or Program Benefits; (b) theft or unauthorized redemption or use of Tier Credits, Unity Points, or any other Program Benefit; (c) any acts or omissions of third parties (including, without limitation, Participating Locations); or (d) any errors published in relation to the Program, including, without limitation:  (i) any published content errors (including within the Program Website or the Unity App), (ii) any pricing or typographical errors, errors of description, errors regarding Participating Locations, and (iii) any errors in the crediting or debiting of Unity Points or Tier Credits to/from Member accounts.  The Program Manager reserves the right to correct, without notice, any errors.

86. If any provision of these Membership Terms is illegal, invalid, or unenforceable:  (a) that provision shall be enforced to the maximum extent possible; and (b) the legality, validity, and enforceability of the remaining provisions of the Membership Terms shall not be affected and shall remain in full force and effect.

87. The failure of the Program Manager to insist upon strict adherence to any term of these Membership Terms shall not constitute a waiver of such term or limit the Program Manager's right thereafter to insist upon strict adherence to that term or any other term of these Membership Terms.

88. Except as noted above, employees of Hard Rock Affiliated Parties or any Participating Location are not authorized to make modifications, any additional representations, commitments, or warranties, or waive any provision of these Membership Terms, and any such action shall be null and void.

89. In the event of any discrepancy between the English version and any translated version of these Membership Terms, the English language version will prevail, unless otherwise required by the law of the Member's Foreign Jurisdiction.

90. A printed version of these Membership Terms and of any notice given by the Program Manager in electronic form will be admissible in judicial, or administrative or any other dispute resolution proceedings based upon or relating to these Membership Terms or your participation in the Program to the same extent and subject to the same conditions as other business documents and records originally generated and maintained by the Program Manager in printed form.

91. Country Specific Notices.  If any provision of these Membership Terms is invalid under the Applicable Laws of a Foreign Jurisdiction, it will only apply to the extent permitted under the Applicable Laws of the Foreign Jurisdiction.

   1. Expiration Terms. For residents of the following jurisdictions, the Unity Points will expire after the following period of inactivity (as described in Section 55): The province of Quebec in Canada, and Denmark:  one (1) year.
   2. Limitation of Liability. For the European Economic Area, the United Kingdom, and Switzerland:  if you are a resident of the European Economic Area, the United Kingdom, and/or Switzerland, the limitation and exclusions of liability set out in Sections 72 through 75 of these Membership Terms do not apply to you, but you and the Program Manager agree that the Program Manager will be liable for any reasonably foreseeable loss or damage you can show that you have suffered as a result of the Program Manager's failure to carry out its obligations under these Membership Terms to a reasonable standard or breach of any duties imposed by law provided that:  (a) the Program Manager shall not have any liability for events

which neither the Program Manager nor the Hard Rock Affiliated Parties or suppliers could have foreseen or prevented even if the Program Manager or the Hard Rock Affiliated Parties or suppliers had taken reasonable care; and (b) as you are a consumer and not entering the Program in connection with any business, the Program Manager shall not have any liability for any commercial or business-related damages, costs, or losses.  The Program Manager will be liable to you for death or personal injury caused by its negligence or if it acts fraudulently.  The Program Manager will try to resolve any disagreements with you quickly and efficiently.  If you are not satisfied with the way the Program Manager deals with any disagreement, you and the Program Manager may agree to refer the matter to arbitration as mutually agreed, but you and Program Manager are not restricted from bringing legal proceedings in your country or elsewhere.  Local mandatory consumer protection laws may apply.

## Responsible Gaming Statement.

92. Hard Rock offers PlayersEdge® information to its patrons to encourage responsible gaming at all Participating Locations.

If you, or anyone you know, has a gambling problem, please contact the organization relevant for your area:

| | |
|---|---|
| **CALIFORNIA OR NEW JERSEY:** | 1-800-GAMBLER (426-2537) or 800GAMBLER.org; |
| **OHIO:** | 1-800-589-9966, Ohio Problem Gambling Helpline; |
| **FLORIDA:** | 1-888-ADMIT-IT (236-4848) or gamblinghelp.org, Florida Council on Compulsive Gambling; |
| **INDIANA:** | 1-800-994-8448, indianagamblinghelp.com; |
| **ILLINOIS:** | 1-800-522-4700; |
| **VIRGINIA:** | 1-800-GAMBLER (426-2537), Virginia Problem Gambling Helpline; |
| **PUNTA CANA (DOMINICAN REPUBLIC):** | 1-800-522-4700 or chat ncpgambling.org/chat. |

Back