1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CHRISTINA KING,                          No. 2:24-cv-01119-DC-CKD

12                   Plaintiff,

13            v.                               ORDER GRANTING PLAINTIFF'S
                                               REQUEST TO SEAL
14    HARD ROCK CAFE INTERNATIONAL
      (USA), INC.,                             (Doc. No. 47)
15
                     Defendant.
16

17          On September 10, 2025, Plaintiff filed a notice of her request to file under seal a recorded

18   video attached as Exhibit 2 to the declaration of Stefan Bogdanovich (Doc. No. 48-1), which was

19   filed in support of Plaintiff's opposition to Defendant's motion to dismiss the second amended

20   complaint. (Doc. No. 47.) Defendant did not submit any opposition to Plaintiff's request to seal.

21   For the reasons explained below, the court will grant Plaintiff's request to file under seal the

22   recorded video attached as Exhibit 2 to the declaration of Stefan Bogdanovich (Doc. No. 48-1).

23          The court recognizes that all documents filed with the court are presumptively public. *San

24   Jose Mercury News, Inc. v. U.S. Dist. Court*, 187 F.3d 1096, 1103 (9th Cir. 1999) ("It is well-

25   established that the fruits of pretrial discovery are, in the absence of a court order to the contrary,

26   presumptively public."). However, courts may permit a party to file under seal documents, such

27   briefing in support of (or in opposition to) motions to dismiss and exhibits thereto, where that

28   party shows "compelling reasons" to support maintaining secrecy of those documents. *Kamakana*

1

1    *v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006); *Ctr. for Auto Safety v. Chrysler*

2    *Grp., LLC*, 809 F.3d 1092, 1101 (9th Cir. 2016) (applying "compelling reasons" standard to

3    motions that are "more than tangentially related to the merits"). "In general, 'compelling reasons'

4    sufficient to . . . justify sealing court records exist when such 'court files might . . . become a

5    vehicle for improper purposes,' such as the use of records to gratify private spite, promote public

6    scandal, circulate libelous statements, or release trade secrets." *Kamakana*, 447 F.3d at 1179

7    (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n.7 (1978)). "The mere fact that

8    the production of records may lead to a litigant's embarrassment, incrimination, or exposure to

9    further litigation will not, without more, compel the court to seal its records." *Id.*

10        Here, Plaintiff requests that the recorded video attached as Exhibit 2 to the declaration of

11    Stefan Bogdanovich (Doc. No. 48-1) be filed under seal because it "contains his counsel's firms

12    credit card information, including the card number and billing information." (Doc. No. 47 at 2.)

13    Plaintiff "submit[ted] this video because it shows that users can navigate from Defendant Hard

14    Rock Cafe International Inc.'s home page to its hotel page, search for a hotel, pick a particular

15    hotel and type of room, and actually book a hotel stay, without having interacted with the cookie

16    banner." (*Id.*)

17        Courts have filed under seal documents "divulging confidential personal and financial

18    information that is unrelated to the public's understanding of the judicial proceedings." *Tran v.*

19    *Mayorkas*, No. 22-cv-02983-HSG, 2023 WL 6284516, at *2 (N.D. Cal. Sept. 25, 2023) (sealing

20    "sensitive recordings" including "credit card numbers"); *see also Darisse v. Nest Labs, Inc*., No.

21    14-cv-01363-BLF, 2016 WL 11474174, at *2 (N.D. Cal. June 2, 2016) (sealing materials

22    containing credit card information). This court likewise finds that Plaintiff has shown compelling

23    reasons exist to grant her request to seal given the sensitive credit card and billing information

24    contained in the recorded video attached as Exhibit 2 to the declaration of Stefan Bogdanovich.

25    Therefore, the court will grant Plaintiff's request to seal.

26        Accordingly,

27        1.    Plaintiff's request to seal (Doc. No. 47) is GRANTED;

28        2.    Exhibit 2 to the declaration of Stefan Bogdanovich filed in support of Plaintiff's

1    opposition to Defendant's motion to dismiss, shall be filed under seal, to be

2    accessed only by the court and the parties; and

3    3.    Because Plaintiff has already lodged with the court Exhibit 2 to the declaration of

4    Stefan Bogdanovich, which consists of video files on a thumb drive, (*see* Doc. No.

5    50, 51), Plaintiff need not provide an additional copy of that exhibit to the court.

6

7    IT IS SO ORDERED.

8    Dated:   **October 9, 2025**

Dena Coggins
United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28